UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )    Case No. 14bk45427
    AEC ELECTRIC CORP.                      )
                                            )    Chapter 7
                                            )
        Debtor.                             )    Honorable Timothy A. Barnes
                                            )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO CARLSON DASH, LLC, ATTORNEYS FOR TRUSTEE, FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 80,736.50 | TOTAL COSTS REQUESTED: | $ 3,400.11 |
| TOTAL FEES REDUCED: | $ 8,329.70 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 72,406.80 | TOTAL COSTS ALLOWED: | $ 3,400.11 |

**TOTAL FEES AND COSTS ALLOWED: $ 75,806.91**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Computational or Typographical Error – TOTAL of disallowed amounts: $ 872.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks) for the same conference but different attorneys have indicated different time entries, the court will reduce all to the shortest time entry for the same conference.

**(2)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 59.70**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(3)    Duplication of Services – TOTAL of disallowed amounts: $ 2,259.00**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if

multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

(4)     **Unreasonable Travel Time – TOTAL of disallowed amounts: $ 350.00**

The Court denies the allowance of compensation for travel time of a local firm.

Dated: October 27, 2015

Timothy A. Barnes
United States Bankruptcy Judge

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 04/01/15 | JMD | 0.1 | $340.00 | $34.00 | Review and consider communications with trustee regarding AEC bank debt and confer with J. Altshul regarding same. |
| 04/13/15 | JEA | 0.2 | $350.00 | $70.00 | Prepare correspondence to P. Levey regarding Northwestern responses. |
| 04/16/15 | JEA | 0.2 | $350.00 | $70.00 | Review multiple correspondence from P. Levey. |
| 04/16/15 | JEA | 0.7 | $350.00 | $245.00 | Communications and correspondence with P. Levey regarding Northwestern information (.5); conference with J. Dash regarding Northwestern materials (.2). |
| 04/16/15 | JMD | 2.1 | $340.00 | $714.00 | Initial assessment of information received from trustee and determine next steps of review to do it in the most cost-effective manner possible (.3); review Northwestern spreadsheets and attempt to correlate to AEC's records and e-mail correspondence to P. Levey regarding same (.8); receipt and review of correspondence with trustee P. Levey (.2); telephone conference with P. Levey (.3); continue review of data from Northwestern (.5). |
| 04/16/15 | KAI | 1.1 | $110.00 | $121.00 | Save secured documents to system. |
| 04/21/15 | JEA | 0.3 | $350.00 | $105.00 | Correspondence to P. Levey regarding receivables. |
| 04/21/15 | JMD | 0.2 | $340.00 | $68.00 | Review of receivables list for AEC and begin consideration of potential collection efforts. |
| 04/27/15 | JEA | 0.6 | $350.00 | $210.00 | Multiple correspondence with P. Levey regarding filings (.3); multiple correspondence with C. Baum and G. Hellwig regarding filings (.3). |
| 04/28/15 | JEA | 1.3 | $350.00 | $455.00 | Western and Fuller (.3); communications with P. Levey (.3). Prepare multiple correspondence to P. Levey (.3); multiple correspondence to G. Hellwig (.2); review correspondence from S. Clar regarding life insurance policies (.2); additional correspondence to P. Levey regarding accounts receivable (non North |
| 05/12/15 | JMD | 0.2 | $340.00 | $68.00 | Correspondence to J. Altshul regarding strategy for May 13th hearing and review e-mail correspondence regarding same. |
| 05/13/15 | JMD | 0.8 | $340.00 | $272.00 | Review documents from opposing counsel J. Ziegler regarding motion to lift stay on smaller claims (.2); strategize on options regarding same (.4); correspondence to J. Altshul regarding same (.2). |
| 06/01/15 | JEA | 1.4 | $350.00 | $490.00 | Review lien claimants responses (.8); prepare and review multiple correspondence and communications with P. Levey regarding lien claimants (.4); review trustee filing of supplement (.2). |
| 06/03/15 | JEA | 0.3 | $350.00 | $105.00 | Conference with Northwestern attorney at court (.3). |
| 06/04/15 | JEA | 0.2 | $350.00 | $70.00 | Communications with P. Levey regarding hearing (.2). |
| 06/04/15 | JMD | 0.5 | $340.00 | $170.00 | Review incoming receivable documents (.2); draft demand letter regarding Naperville Animal Clinic (.3). |
| 06/05/15 | JEA | 0.2 | $350.00 | $70.00 | Prepare correspondence outlining objections regarding revised order. |
| 06/08/15 | JEA | 0.7 | $350.00 | $245.00 | Review revised order (.3); prepare and review multiple correspondence with P. Levey regarding revisions (.2); prepare and review multiple correspondence with J. Ziegler (.2). |
| 06/09/15 | JMD | 1.0 | $340.00 | $340.00 | Communications with J. Altshul regarding status of discussions with trustee and mechanic's lien claims (.2); finalize and send demand letter regarding Naperville Animal Clinic (.1); draft document rider for motion for Rule 2004 examination directed to mechanic's lien claimants (.7). |
| 06/09/15 | JEA | 0.4 | $350.00 | $140.00 | Review Naperville demand letter (.2); review revisions to draft order (.2). |
| 06/16/15 | JMD | 0.8 | $340.00 | $272.00 | Review of letter from general contractor on Naperville Animal Clinic project (.2); telephone conference with P. Levey regarding same (.2); telephone conference with attorney who prepared lien, G. Sang, regarding request for file and background (.2); follow-up e-mail regarding same (.1); call to general contractor's attorney to discuss (.1). |
| 06/16/15 | JMD | 1.4 | $340.00 | $476.00 | E-mail correspondence with P. Levey regarding results of calls to date regarding Naperville (.1); telephone conference with owner's counsel J. Ossyra regarding project and representation (.1); telephone conference with G. Valcour regarding receivable and information to send (.2); telephone conference with P. Levey regarding same (.1); receipt and review information from G. Sang, AEC's attorney regarding Naperville claim (.3); conference with J. Altshul regarding contact with E. Baba (.2); telephone conference with P. Levey regarding same and regarding Naperville work (.2); review accounts receivable data from P. Levey (.2). |
| 06/18/15 | JEA | 0.4 | $350.00 | $140.00 | Prepare and review multiple correspondence with P. Levey and J. Dash (.2); review multiple correspondence from J. Dash regarding Naperville (.2). |
| 06/18/15 | JMD | 0.3 | $340.00 | $102.00 | Receipt and initial review of materials from GeoSolar (customer on Naperville Animal Clinic) and communications with P. Levey and G. Valcour regarding same. |
| 06/18/15 | ALS | 0.6 | $270.00 | $162.00 | Review file in order to draft motions for Rule 2004 examinations of lien claimants (.4); begin to draft the same (.2). |

(1) Unauthorized Work

(1) Unauthorized Work ↙

Case 14-45427    Doc 238    Filed 10/20/15    Entered 10/20/15    Desc Main
Document    Page 11 of

Copy of AEC Electric Corp. Bankruptcy- Trustee fees and costs thru 2015-08-31 Exhibit A

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 05/19/15 | JMD | 0.3 | $340.00 | $102.00 | Telephone conference with M. Rose (another mechanic's lien claimant counsel) regarding status and trustee positions. |
| 05/19/15 | ALS | 2.3 | $270.00 | $621.00 | Continue to draft Motions for Rule 2004 examinations of lien claimants. |
| 05/22/15 | JMD | 0.4 | $340.00 | $136.00 | Telephone conference with P. Levey regarding strategy for demand letters and potential effect on mechanic's lien claims, and related matters. |
| 05/22/15 | JEA | 0.5 | $350.00 | $175.00 | Review and revise motion for 2004 exam (.2); revise supplement (.3). |
| 05/23/15 | JMD | 1.0 | $340.00 | $340.00 | Draft demand letter to owner of Naperville Animal Clinic for undisputed funds and research regarding law on attorneys' fees for withholding of same (.5); prepare correspondence to P. Levey regarding same and revise to incorporate thoughts (.3); Call to opposing counsel J. Ossyra regarding same and finalize and send letter (.2). |
| 05/24/15 | ALS | 0.4 | $270.00 | $108.00 | Review Bright Electric's and Paramont E-O's second motions to modify stay. |
| 05/25/15 | JEA | 2.0 | $350.00 | $700.00 | Revise supplement (1.5); review motions for relief (.5). |
| 05/26/15 | ALS | 2.1 | $270.00 | $567.00 | Draft/revise motions for Rule 2004 examinations for Bright Electrical, G&W Electric, Paramont E-O (1.5); review court filings for further possible lien claimants for Rule 2004 motions (.3); cause motions to be prepared for filing and cause proposed orders to be drafted (.3). |
| 05/26/15 | JEA | 0.2 | $350.00 | $70.00 | Review and revise 2004 motions. |
| 05/26/15 | JMD | 0.2 | $340.00 | $68.00 | Telephone conference with M. Newman for Brook Electrical regarding motion to extend time and motions to lift stay. |
| 05/26/15 | JEA | 0.3 | $350.00 | $105.00 | Review motions to lift stay. |
| 06/09/15 | ALS | 0.8 | $270.00 | $216.00 | Telephone conference with counsel for Bright Electric and Paramont E-O in order to provide courtesy notice of filing of motions for Rule 2004 examination (.1); telephone conference with counsel for Brook Electrical in order to provide courtesy notice of filing of motion for Rule 2004 examination (.1); telephone conference with counsel for G&W Electric in order to provide courtesy notice of filing of motion for Rule 2004 examination (.1). |
| 06/09/15 | ALS | 0.3 | $270.00 | $81.00 | Correspondence with A. Sharp regarding hearing and new schedule. |
| 06/09/15 | JEA | 0.2 | $350.00 | $70.00 | Conference with J. Ziegler regarding availability for presentment of the trustee's motions for Rule 2004 examination (.2); prepare and review correspondence with counsel regarding the same (.2); cause amended notices of motion to be drafted and filed (.1); several correspondence with counsel for Bright and G&W regarding availability for presentment of trustee's motions for Rule 2004 examination (.3). |
| 06/26/15 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding contact with E. Baba and pursuing G. Sierra for documents and information regarding Naperville. |
| 06/26/15 | JEA | 0.2 | $350.00 | $70.00 | Conference with J. Dash regarding Naperville. |
| 07/02/15 | JMD | 0.7 | $340.00 | $238.00 | Communications with P. Levey regarding contact with G. Sierra (former AEC project manager) (.1); telephone conference with former AEC employee G. Sierra regarding Naperville Animal Clinic matter (.4); follow-up e-mail regarding same (.2). |
| 07/06/15 | JMD | 0.6 | $340.00 | $204.00 | Receipt and initial review of information from former AEC employee G. Sierra regarding Naperville Animal Clinic (.3); communications with P. Levey regarding same and regarding authority for compensation to G. Sierra to assist with AEC claim and process for communications regarding same (.3). |
| 07/06/15 | JEA | 0.2 | $350.00 | $70.00 | Prepare correspondence to P. Levey regarding Naperville. |
| 07/07/15 | JMD | 1.4 | $340.00 | $476.00 | Draft e-mail communications to G. Sierra regarding questions to ask before possible engagement regarding Naperville (.4); prepare memorandum to P. Levey regarding legal issue of enforceability of verbal change orders in construction contracts (.5); receipt and consideration of response from G. Sierra and further communications regarding total amount due to weigh economics of proceeding (.3); e-mail correspondence with P. Levey regarding same and authority to engage G. Sierra as consultant subject to limitations (.2). |
| 07/07/15 | JEA | 0.7 | $350.00 | $245.00 | Conference with J. Dash regarding Naperville Animal Hospital (.5); communications with P. Levey regarding accounts(.2). |
| 07/07/15 | ALS | 1.7 | $270.00 | $459.00 | Review case law cited in motion to lift the stay in order to address the same in the response. |
| 07/08/15 | JEA | 2.1 | $350.00 | $735.00 | Review accounts receivable and customer lists (.7); multiple correspondence and communications with P. Levey regarding accounts (.4); draft demand letter form (.3); research into priority of employee benefit plans question posed by P. Levey (.7). |

Case 14-45427    Doc 238    Filed 10/20/15    Entered 10/20/15 15:29:35    Desc Main
            Document      Page 2 of 7

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 7/08/15 | JMD | 0.2 | $340.00 | $68.00 | Consideration of issues regarding demand letter template for non-Northwestern projects and develop strategy regarding same. |
| 7/08/15 | ALS | 3.6 | $270.00 | $972.00 | Continued review of case law regarding statutorily designated core proceeding v. constitutional jurisdiction of Article I courts (1.5); draft response to Bright's motion for relief from the automatic stay (2.1). |
| 7/09/15 | ALS | 1.4 | $270.00 | $378.00 | Continue to draft response to Bright's motion to lift the automatic stay. |
| 7/09/15 | BRC | 2.0 | $175.00 | $350.00 | Draft demand letters regarding AEC's accounts receivable. |
| 7/09/15 | JEA | 0.5 | $350.00 | $175.00 | Review and revise drafts of demand letters. |
| 7/10/15 | ALS | 5.1 | $270.00 | $1,377.00 | Continue to draft response to Bright's motion to lift the automatic stay in order to respond to the same, and draft response to the same (2.0); make suggested revisions to Brook Electrical's motion to lift the automatic stay (.4). |
| 7/10/15 | JEA | 1.3 | $350.00 | $455.00 | Revise replies to motions to lift stay (.6); prepare demand letters (.7). |
| 7/13/15 | JEA | 0.3 | $350.00 | $105.00 | Review and prepare multiple correspondence with P. Levey regarding Stowell & Olson. |
| 7/13/15 | JEA | 3.2 | $350.00 | $1,120.00 | Multiple communications and correspondence with P. Levey regarding accounts receivable (1.1); prepare and review multiple correspondence regarding F. Stowell (.2); communications with M. Ditman of F. Stowell & Sons (.3); communications and multiple correspondence with J. Baer of W.B. Olson (.7); draft receipt (.2); review Paramount response to 2004 exam request (.5); correspondence to P. Levey regarding response (.2). |
| 7/13/15 | JEA | 0.4 | $350.00 | $140.00 | Prepare multiple correspondence to P. Levey with reply's. |
| 7/13/15 | ALS | 0.9 | $270.00 | $243.00 | Review Bright's and Paramount E-O's response to trustee's routine motions for Rule 2004 examination and strategy regarding response to the same (.3); revise trustee's response to Bright's, and Brook's motions to lift the automatic stay (.1); draft/revise trustee's response to Paramount E-O's motion to lift the automatic stay (.5). |
| 7/13/15 | JMD | 0.6 | $340.00 | $204.00 | Review Naperville Animal Clinic status and call to owner attorney J. Ossyra regarding response to demand for payment of undisputed funds (.2); review and consideration of objections to Rule 2004 examinations by mechanic's lien claimants and strategy regarding same (.2); review correspondence with F.H. Stowell (general contractor) regarding payment and consideration of documentary needs and limitations to accept payment (.2). |
| 7/14/15 | JMD | 0.3 | $340.00 | $102.00 | Receipt of communications from National Heat & Power regarding lack of AEC sworn statements as prelude to payment and explanation of mechanic's lien law for client. |
| 7/14/15 | JEA | 2.9 | $350.00 | $1,015.00 | Prepare and review multiple correspondence with M. Ditman (.2); communications with National Heat (1.2); communications with M. Marriano of Marriano Underground (.2); review correspondence and exhibits from J. Bauer (.2) review W. B. Olson correspondence and payment claims (.5) communications with One Schiller (.2); correspondence to P. Levey regarding invoice for One Schiller (.2); conference with J. Dash regarding National Heat (.2). |
| 7/14/15 | JEA | 1.0 | $350.00 | $350.00 | Review motions for 2004 exam and response and prep for hearing (.5); review G&W Electric response (.5). |
| 7/14/15 | AB | 0.0 | $240.00 | $0.00 | Review response to motion rule 2004 exam filed by Bright Electrical Supply Co., Paramont-EO, Inc. |
| 7/14/15 | JMD | 0.2 | $340.00 | $68.00 | Telephone conference with M. Newman regarding settlement offer and begin communications channel with client regarding same. |
| 7/15/15 | JEA | 1.4 | $350.00 | $490.00 | Communications with P. Chin of Servicecom (.2); correspondence to P. Levey regarding accounts (.2); conference with J. Dash regarding National Heat (.2) review orders regarding 2004 motions (.2); review motion for relief filed by G&W Olson (.3); review response of Paramont to trustee's supplement (.3). |
| 7/15/15 | JMD | 1.1 | $340.00 | $374.00 | Receipt and consideration of communications regarding scope of discovery related to mechanic's lien claims and possible narrowing of same per Judge Barnes (.2); consultation with J. Altshul regarding mechanic's lien claim strategy and moving forward to bring to resolution (.5); receipt and consideration of e-mail correspondence from Naperville Animal Clinic attorney J. Ossyra regarding possible payment and respond to same (.2); e-mail correspondence to P. Levey regarding same (.2). |
| 7/15/15 | JEA | 0.7 | $350.00 | $245.00 | Conference with J. Dash regarding Brook Electrical offer, scope of document request, and Naperville next steps (.5); prepare and review correspondence to P. Levey regarding court hearing and Naperville matter (.2). |

Copy of AEC Electric Corp. Bankruptcy- Trustee fees and costs thru 2015-08-31 Exhibit A

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 07/15/15 | ALS | 1.6 | $270.00 | $432.00 | Review G&W's response to trustee's motion for Rule 2004 examination in preparation for presentment/hearing of trustee's motion for Rule 2004 examinations (.3); review Brook's response to trustee's motion for Rule 2004 examinations (.2); prepare for presentment/hearing of trustee's motion for Rule 2004 examinations, and required by judge (.2); consult with J. Dash regarding narrowing scope of documents requested by trustee in Rule 2004 complaint regarding Napenville Hospital (.3); consult with J. Dash and J. Altshul regarding strategy in order to draft adversary complaint regarding Napenville Hospital (.3); prepare trustee's responses to motions for relief from automatic stay of Bright. |
| 07/16/15 | JMD | 0.2 | $340.00 | $68.00 | Communications with J. Ziegler and J. Altshul regarding scope of document request and arrangements to discuss substance with J. Ziegler. |
| 07/16/15 | JMD | 0.3 | $340.00 | $102.00 | Communications with M. Newman regarding possible settlement. |
| 07/16/15 | JEA | 1.6 | $350.00 | $560.00 | Prepare multiple correspondence to P. Levey regarding accounts receivable and Northwestern University discovery (.5); multiple correspondence with J. Ziegler and R. Dettaan regarding discovery (.7); review correspondence from J. Stein (.2); communications with P. Levey (.2). |
| 07/16/15 | ALS | 0.3 | $270.00 | $81.00 | Review G&W's motion for relief from automatic stay and strategize regarding response. |
| 07/17/15 | KAI | 0.5 | $110.00 | $55.00 | Prepare initial draft of collections spreadsheet and call log. |
| 07/17/15 | ALS | 0.1 | $270.00 | $27.00 | Review docket to determine presentment date of G&W's motion for relief for stay and to determine filing of response to the same. |
| 07/20/15 | JEA | 6.2 | $350.00 | $2,170.00 | Communications with J. Ziegler regarding scope of document request per court hearing (.1); communications with all opposing counsel regarding same (.1); further communications with J. Ziegler regarding initial limits to non-Northwestern projects but reservation of rights regarding all requested documents (.4). |
| 07/20/15 | JMD | 0.6 | $340.00 | $204.00 | Phone calls to Riley Construction Company regarding accounts receivable. |
| 07/20/15 | BRC | 0.3 | $175.00 | $52.50 | Prepare and review multiple correspondence with P. Levey regarding payments, receipts and invoices (1.5); telephone calls regarding accounts receivable due to AEC: Klass Electric, Serivcecom, Knudsen, One East Schiller, Combined Electrical, Rex Electrical, Mack Construction along with multiple correspondence and review of invoices regarding collection calls (4.5); review G&W Olson motion for relief (.2). |
| 07/20/15 | JMD | 0.3 | $340.00 | $102.00 | Receipt and consideration of small check on Naperville Animal Hospital from GeoSolar Energy Farm and correspondence with owner J. Ossyra regarding follow-up on payment of undisputed funds (.2); telephone conference with G. Valcour of GeoSolar regarding same (.1). |
| 07/20/15 | KAI | 0.4 | $110.00 | $44.00 | Assist J. Altshul on AEC invoices with open accounts receivable. |
| 07/21/15 | JEA | 1.9 | $350.00 | $665.00 | Multiple correspondence and communications with M. Rose regarding Metropolitan Pump Company (.4); communications and correspondence with J. Crow of Rex Construction (.4); multiple correspondence with P. Webber of Lend Lease regarding account (.3); prepare and review multiple correspondence with D. Bach of Power Construction (.4); communications with P. Duggan at Power Construction (.2); review correspondence from T. Chaffins of CBS Sports (.2). |
| 07/21/15 | JEA | 2.9 | $350.00 | $1,015.00 | Prepare correspondence to P. Levey regarding request for invoice copies and disputed claims (.9); review G&W Olson motion for relief from stay (.3); prepare correspondence to R. DeHaan regarding motion date (.3); communications with J. Shoufes at CJE (.2); communications with Mike at National Heat (.2); locate Klass invoices and prepare correspondence to Bettie at Klass Electrical (.5); National Heat invoices (.5). |
| 07/22/15 | JMD | 0.3 | $340.00 | $102.00 | Communications with M. Newman for Brook Electrical regarding request for documents in order to consider settlement, necessity of reviewing same before agreement and Brook's objections to production. |
| 07/22/15 | JEA | 1.1 | $350.00 | $385.00 | Review correspondence to P. Vanderwall of Knudsen (.2); prepare and review correspondence from D. Bach of Power Construction (.4); communications with D. Wilson at Power Construction (.2); review multiple correspondence from M. Newman regarding discovery (.3). |
| 07/23/15 | JEA | 2.2 | $350.00 | $770.00 | Review motion to extend (.3); communications and correspondence with P. Levey regarding motion to extend (.4); conference with A. Sharp regarding response to motions to extend (.2); collection call to MEPIS and research on account (.3); prepare correspondence to J. Bauer with invoices and investigate Olson claim of payment (.5) review National Heat invoices (.3); communications with Mary at One E. Schiller (.2). |

Case 14-45427   Doc 238   Filed 10/20/15   Entered 10/20/15 15:23:35   Desc Main
          Document     Page 13 of 30

Copy of AEC Electric Corp. Bankruptcy- Trustee fees and costs thru 2015-08-31 Exhibit A

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 07/23/15 | ALS | 2.5 | $270.00 | $675.00 | Begin to draft response to G&W's motion to lift the automatic stay (.5); review Paramont's and Bright's motion for extension of time to file claim (.2); review Brook's motion for extension of time to file claim (.2); consider strategy to respond to Paramont's and Bright's motion for extension of time to file claim (.3); review pertinent case law regarding Rule 3002 in order to begin to draft response to Brook's, Paramont's and Bright's motions to extend claim bar date (1.3). |
| 07/23/15 | JEA | 0.8 | $350.00 | $280.00 | Communications with Rhonda at Pepper Construction (.2); correspondence regarding Marciano after review of offsets claimed by Marciano (.6). |
| 07/23/15 | JMD | 0.2 | $340.00 | $68.00 | Consult with J. Altshui regarding strategy on mechanic's lien claimants' motions to extend time to file proofs of claim and jurisdictional issues. |
| 07/24/15 | ALS | 3.0 | $270.00 | $810.00 | Consult with J. Altshui regarding strategy on mechanic's lien claimants' motions to extend time to file proofs of claim and review further case law regarding Rule 3002 and Rule 501 regarding court's ability to extend claims bar date (1.8); draft correspondence to counsel of mechanic's lien claimants regarding request for explanation of "overbroad" requests (.3); review and revise correspondence to counsel regarding Rule 2004 examinations and meet and confer with the same (.3); send the same to counsel for claimants (.2). |
| 07/24/15 | JMD | 0.8 | $340.00 | $272.00 | Consider and determine strategy for response to Bright's, Brook's and Paramont E-O's motion to extend claims bar date (.4); review further case law regarding Rule 3002 and Rule 501 regarding court's ability to extend claims bar date (.4); draft response to motion to extend (1.0); review Bright Electrical amended motion to extend (.2); research rule 3002 timing of filing of proofs of claim and extensions (1.5); revise discovery letter (.5). |
| 07/24/15 | JEA | 3.2 | $350.00 | $1,120.00 | |
| 07/24/15 | BRC | 0.1 | $175.00 | $17.50 | Phone call with C. Siefert of Riley Construction regarding accounts receivable. |
| 07/24/15 | JEA | 2.2 | $350.00 | $770.00 | Prepare and review multiple correspondence from J. Bayer of WB Olson (.4); update accounts spreadsheet (.3); prepare correspondence to P. Levey regarding collections (.2); conference with J. Dash regarding discovery, request for extensions, and strategy (.7); review correspondence from P. Vanderwall at Knudsen (.4); prepare and review multiple correspondence with J. Ziegler regarding discovery (.2). |
| 07/25/15 | JMD | 0.2 | $340.00 | $68.00 | Communications with Paramount attorney J. Ziegler regarding agreement to defer certain document production related to Northwestern projects. |
| 07/25/15 | JEA | 1.0 | $350.00 | $350.00 | Review multiple correspondence regarding discovery issues (.4); review G&W Electric's response to trustee's motion for authority (.4); communications with A. Sharp regarding response (.2). |
| 07/27/15 | JEA | 0.6 | $350.00 | $210.00 | Prepare and review multiple correspondence with Pam at Servicecom (.2); review G&W Electric's response to carve out agreement and prepare response (.4). |
| 07/27/15 | ALS | 1.9 | $270.00 | $513.00 | Continue to draft response to G&W's motion to lift stay. |
| 07/27/15 | JEA | 0.6 | $350.00 | $210.00 | Communications with P. Levey regarding Wednesday hearing (.2); communications with G. Heller of MEPIS regarding account (.2); prepare and review multiple correspondence with R. DeHaan (.2). |
| 07/28/15 | ALS | 0.2 | $270.00 | $54.00 | Conference regarding strategy for matters set for hearing before Judge Barnes on July 29th. |
| 07/28/15 | JEA | 0.8 | $350.00 | $280.00 | Correspondence to P. Levey regarding response to G&W Electrical motion (.2); prepare for hearing (.4); prepare correspondence to R. DeHaan regarding motion for relief (.2). |
| 07/28/15 | JEA | 0.4 | $350.00 | $140.00 | Correspondence with Pam at Servicecom regarding account (.2); communications with M. Marciano of Marciano Underground regarding account (.2). |
| 07/28/15 | JMD | 1.0 | $340.00 | $340.00 | Initial review documents from J. Ziegler on non-Northwestern Paramount E-O claims and draft analysis regarding same (.8); e-mail correspondence to J. Ziegler regarding same (.2). |
| 07/29/15 | JEA | 2.7 | $350.00 | $945.00 | Review orders from P. Levey (.3); conference with counsel for various lien claimants at courthouse (.3); conference with J. Dash and A. Sharp regarding reply to G&W motion for relief (.3); prepare correspondence to P. Levey regarding report on hearing (.3); conference with J. Dash regarding 2004 Exams and response to J. Ziegler correspondence (.3); communications with P. Levey regarding hearing and AEC invoices (.2); conference with A. Sharp regarding "tolling" issue (.2); review and prepare multiple correspondence with P. Levey regarding motion to Lift Stay (.3); prepare for hearing (.5). |
| 07/29/15 | BRC | 0.1 | $175.00 | $17.50 | Follow up e-mail correspondence to C. Siefert from Riley Construction regarding account receivable. |

(2) Typo: conference w/ JMD reduced to 0.6 for same per JMD entry

(2) Typo: conference w/ JMD reduced to 0.2 for same per JMD entry

Copy of AEC Electric Corp. Bankruptcy- Trustee fees and costs thru 2015-08-31 Exhibit A

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 07/29/15 | JMD | 1.1 | $340.00 | $374.00 | Review and revise draft response to G&W motion to lift stay (.3); consult with J. Altshul on mechanic's lien issues (.3); draft e-mail correspondence to J. Ziegler regarding representations in court and need for documents (.3); telephone conference with J. Ziegler regarding same (.2). |
| 07/29/15 | ALS | 0.9 | $270.00 | $243.00 | Draft correspondence to be distributed to trustee regarding upcoming court dates and notes of July 29th court appearance and cause dates to be docketed. (.3); cause cover letter enclosing check from Knudsen Construction, Inc. to be drafted and forwarded to trustee (.1); consideration of whether judge can "toll" claims bar date (.2); review proposed changes to trustee's response to G&W's motion to lift stay and cause the same to be filed (.3). |
| 07/29/15 | JEA | 0.2 | $350.00 | $70.00 | Review orders from July 29th hearing. |
| 07/30/15 | JEA | 2.6 | $350.00 | $910.00 | Communications with Grace at Land Lease (.2); prepare report on receivables for trustee (.7); communications with Bettie at Klass Electrical (.2); multiple correspondence with Mary of One East Schiller regarding account (.7); conduct search to locate Gustafson & Son, call and left message with L. Dunn and prepare correspondence with invoices (.8). |
| 07/30/15 | KAI | 0.3 | $110.00 | $33.00 | Conduct search in Cook County, Illinois State Court to locate case filed by Millennium Piping, Inc. regarding 303 property owned by Northwestern University and forward results to J. Altshul. |
| 07/30/15 | ALS | 0.1 | $270.00 | $27.00 | Correspondence with J. Altshul and strategy concerning possible response to possible violation of stay by subcontractors. |
| 07/30/15 | JEA | 0.6 | $350.00 | $210.00 | Prepare correspondence to P. Levey with accounts report (.3); conference with J. Dash regarding Brook Electrical claim regarding Millennium Property lawsuit (.3). |
| 07/30/15 | JEA | 0.8 | $350.00 | $280.00 | Review Brook Electrical reply (.5); research lien foreclosure case referenced to by Brook (.3). |
| 07/30/15 | JMD | 0.8 | $340.00 | $272.00 | Review Millennium Piping complaint and Brook Electrical motion to lift stay (.3); consult with J. Altshul regarding jurisdictional implications of an unrelated proceeding to which Brook must respond and separation of tracts (.3); begin review of additional documents submitted by J. Ziegler for Paramount and Midland (green cards and account printout) (.2). |
| 08/01/15 | JEA | 0.3 | $350.00 | $105.00 | Review and prepare correspondence with P. Levey regarding receivables (.2); prepare and review multiple correspondence with Mary from One East Schiller (.1). |
| 08/03/15 | JEA | 0.2 | $350.00 | $70.00 | Communications with Grace at Land Lease. |
| 08/03/15 | JMD | 0.2 | $340.00 | $68.00 | Confer with M. Newman regarding Millennium Piping case and possible conflict among claimants (.1); consult with J. Altshul regarding same for response to motion to lift stay (.1). |
| 08/03/15 | ALS | 0.2 | $270.00 | $54.00 | Correspondence with J. Altshul regarding status of case, status of adversary complaint against Naperville Hospital, and Millennium Piping's release of lien against Northwestern University. |
| 08/03/15 | LC3 | 1.0 | $90.00 | $90.00 | Obtain printouts from Daley Center. |
| 08/03/15 | JEA | 0.5 | $350.00 | $175.00 | Prepare and review multiple correspondence with P. Levey regarding invoices and Brook Electrical. |
| 08/03/15 | JEA | 0.3 | $350.00 | $105.00 | Review second motion for relief from Berthold. |
| 08/04/15 | ALS | 0.3 | $270.00 | $81.00 | Review second motion for relief from stay filed by G. Berthold (.1); consider strategy regarding Berthold's response to second motion for relief from stay (.1); consider strategy regarding Rule 2004 exam of G. Berthold (.1). |
| 08/05/15 | ALS | 1.5 | $270.00 | $405.00 | Correspondence with counsel for G. Berthold attaching rider indicating documents the Trustee is seeking (.2); draft motion for Rule 2004 examination of G. Berthold (.8); draft proposed order for Rule 2004 examination of G. Berthold (.1); review Paramount E-O's and Bright's supplement to motion to extend time (.1); review Brook's supplement to motion to extend time (.1); consider strategy in response to motions to extend time (.2). |
| 08/05/15 | JEA | 1.1 | $350.00 | $385.00 | Prepare correspondence to Mary of One East Schiller (.2); collection calls on Lend Lease, Klass Electric, Pepper Construction, MEPIS, National Heat and Mack Construction (.2); communications with G. Howard at MEPIS (.2); prepare and review multiple correspondence with S. Oertly at Pepper Construction (.2); update receivables spreadsheet (.3). |
| 08/05/15 | JEA | 1.5 | $350.00 | $525.00 | Review and revise rule 2004 request for Berthold (.3); review Bright Electrical supplement and analysis of argument and jurisdiction question (.5); correspondence and communications with P. Levey regarding Bright Electrical Supplement (.4); review Brook Electrical supplement (.3). |
| 08/05/15 | AB | 0.1 | $240.00 | $24.00 | Review motion to lift stay by Gus Berthold Electric Co. |

Case 14-45427 Doc 238 Filed 10/20/15 Entered 10/20/15 15:29:35 Desc Main Document Page 16 of 30

Copy of AEC Electric Corp. Bankruptcy- Trustee fees and costs thru 2015-08-31 Exhibit A

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 08/06/15 | JEA | 1.1 | $350.00 | $385.00 | Communications with Grace at Lend Lease regarding need for invoices (.2); research on jurisdiction after Bulk Petroleum decision (.4); draft reply to supplement for extension (.5). |
| 08/06/15 | JMD | 0.2 | $340.00 | $68.00 | Consult with J. Altshul regarding mechanic's lien claims and issues involving possible lender and priority |
| 08/06/15 | ALS | 0.2 | $270.00 | $54.00 | Correspondence with D. Trout (counsel for G. Berthold) regarding documents requested and filing motion for Rule 2004 examination of G. Berthold. |
| 08/06/15 | AB | 0.1 | $240.00 | $24.00 | Review Brook Electric's supplement to motion to extend claim filing deadline. |
| 08/06/15 | ALS | 4.1 | $270.00 | $1,107.00 | Review file documents related to work performed by AEC for Naperville Animal Clinic (.6); draft adversary complaint for work completed by AEC on Naperville Animal Clinic (3.5). |
| 08/07/15 | JMD | 0.2 | $340.00 | $68.00 | Begin review of draft adversary complaint against Naperville Animal Clinic and consider need for title work, specifically regarding possible interest of unknown lender(s) and consult with counsel regarding same |
| 08/07/15 | ALS | 0.3 | $270.00 | $81.00 | Correspondence with title company to cause title report to be ordered in order to determine necessary defendants in adversary complaint for Naperville Animal Clinic project (0.2); consideration and strategy regarding filing partial release of AEC's lien before filing of adversary complaint (.1). |
| 08/10/15 | SWE | 0.4 | $180.00 | $72.00 | Begin drafting adversary complaint against Riley Construction. |
| 08/10/15 | JMD | 0.4 | $340.00 | $136.00 | Consult with J. Altshul regarding National Power & Heat claim, requirement for sworn statements and waivers as condition of payment and related issues |
| 08/10/15 | BRC | 0.4 | $175.00 | $70.00 | E-mail correspondence with C. Siefert regarding accounts receivable from Riley Construction Company, Inc (.2) |
| 08/10/15 | JEA | 1.8 | $350.00 | $630.00 | Review correspondence from S. Oertley from Pepper Construction (.2); communications with G. Howard of MEPIS (.2); review prepare and review multiple correspondence with C. Siefert of Riley Construction and review Riley invoices to match to Riley claims (1.0), prepare and review multiple correspondence with P. Levey regarding Riley Construction and IT consultant (.4). |
| 08/10/15 | JEA | 1.1 | $350.00 | $385.00 | Review National Heat claims (.3); conference with J. Dash regarding possible National Heat defenses (.3); review Paramount and Berthold motion for relief (.5). |
| 08/11/15 | JMD | 0.3 | $340.00 | $102.00 | Consultation with J. Altshul regarding Naperville Animal Clinic, timeliness of claim issues and time for further more extensive discussion |
| 08/12/15 | ALS | 2.9 | $270.00 | $783.00 | Continue to draft response to Bright's, Paramont's and Brook's supplement to motion to extend time. |
| 08/12/15 | JEA | 0.6 | $350.00 | $210.00 | Review and revise draft response to motion for relief. |
| 08/12/15 | JEA | 1.3 | $350.00 | $455.00 | Review and revise pre-bill and application for payment (.5); prepare and review correspondence with P. Levey regarding Berthold proof of claim (.2); review Berthold Proof of claim and amended second motion for relief (.3); check AEC records for balance due Berthold (.1); prepare and review multiple correspondence with P. Levey regarding fee application (.2). |
| 08/13/15 | JEA | 5.1 | $350.00 | $1,785.00 | Commence drafting outline for hearing (4.5); review and revise draft response to Brook Electrical's motion to extend (.4); review and revise response to Berthold motion for relief (.2). |
| 08/13/15 | JEA | 3.5 | $350.00 | $1,225.00 | Conference with S. Evans and provide information on Riley Construction complaint (.3), MEPIS, Klass, Combined Medical, G. A. Johnson and W.B. Olson complaints (1.3); communications with G. Howard of MEPIS (.4); communications with Bettie at Klass Electric (.1); conference with A. Sharp regarding reply to motion to extend (.4); prepare and review multiple correspondence with P. Levey regarding reply to motion to extend filed by Bright Electrical (.3); communications with P. Levey regarding reply to motion to extend (.2); communications with R. Gustafson, Attorney for National Heat (.2); review correspondence from M. Peplinski of MEPIS (.3). |
| 08/13/15 | SWE | 1.0 | $180.00 | $180.00 | Continue drafting adversary complaint against Riley Construction (.8); conference with A. Sharp on strategy for same (.2). |

Notes:
(2) Typo: conference w/ JEA reduced to 0.3 for same per JEA entry

Case 14-45427   Doc 238   Filed 10/20/15   Entered 10/20/15 15:29:35   Desc Main
Document   Page 17 of 30

Copy of AEC Electric Corp. Bankruptcy- Trustee fees and costs thru 2015-08-31 Exhibit A

| Date | Lwyr | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 08/13/15 | ALS | 5.5 | $270.00 | $1,485.00 | Review changes to response to Bright's and Paramount's motion for extension of claim bar date and make further edits (0.8); review cited case law regarding equitable tolling and add material to response to the same (0.6); draft response to Brook's motion for extension of claim bar date; (1.5) make further revisions to responses to incorporate Trustee's and other comments (.6); review Gus Berthold's motion to lift the automatic stay in order to draft response to the same (.2); draft response to Gus Berthold's motion to lift the automatic stay, revise the same and prepare for filing (1.4); review agenda for strategy going forward and for August 19th hearings (.1); strategy going forward with regard to several adversary complaints (.3). |
| 08/13/15 | JMD | 0.5 | $340.00 | $170.00 | Review G&W motion regarding 2004 exam and claims about payment and estate interest and confer with J. Altshul regarding same (.3); review outline in preparation for August 14th meeting (.2) |
| 08/14/15 | JMD | 0.7 | $340.00 | $238.00 | Conference call meeting to discuss August 19th hearing regarding mechanic' lien disputes, lift stay motions, etc. |
| 08/14/15 | JMD | 0.3 | $340.00 | $102.00 | Conference with Brook Electrical attorney M. Newman regarding possible opportunities to resolve forum disputes on mechanic's lien matters and related issues |
| 08/14/15 | JEA | 0.7 | $350.00 | $245.00 | Conference with S. Evans regarding jurisdiction on adversaries (.2); prepare correspondence to G. Howard at MEPIS regarding missing invoice request and for record of any credit (.3); conference with J. Dash regarding MEPIS and claims (.2). |
| 08/14/15 | SWE | 0.9 | $180.00 | $162.00 | Continue drafting multi-count adversary complaint against Riley Construction Company, Inc. |
| 08/14/15 | JMD | 0.2 | $340.00 | $68.00 | Receipt and brief review of in regarding Hayes case and communications with J. Altshul regarding same |
| 08/14/15 | SWE | 0.4 | $180.00 | $72.00 | Review elements needed to file accounts collected cause of action; review recent case law regarding core/non-core proceedings related to collecting accounts receivable. |
| 08/14/15 | JEA | 0.5 | $350.00 | $175.00 | Update collections report (.3); prepare correspondence to P. Levey with collection spreadsheet (.2). |
| 08/14/15 | JEA | 1.4 | $350.00 | $490.00 | Communications with P. Levey regarding hearing matters (.2); review and revise adversary complaint on Riley Construction (.2); review arguments regarding informal proof of claims (.2); review docket for Wednesday's hearings (.2); conference with A. Sharp regarding 2004 motions (.3); review minutes of foreclosure regarding Naperville Animal Clinic (.3). |
| 08/17/15 | SWE | 2.2 | $180.00 | $396.00 | Complete draft of adversary complaint against Riley Construction. |
| 08/17/15 | JMD | 0.8 | $340.00 | $272.00 | Consult with J. Altshul regarding August 19th hearings, order of proceeding and specific Paramount mechanic's lien claims (.6) and regarding First Midwest mortgage issue (.2) |
| 08/17/15 | ALS | 0.8 | $270.00 | $216.00 | Preparation for August 19th hearing (.2); correspondence with D. Trout regarding request for response regarding Gus Berthold's production of documents pursuant to Rule 2004 examination (.2); review title commitment in connection with adversary case against Naperville Animal Hospital (.2); determine whether certain case law was relied upon by Paramount and Bright in preparation for August 19th hearing (.2). |
| 08/17/15 | SWE | 0.5 | $180.00 | $90.00 | Revise adversary complaint against Riley Construction. |
| 08/18/15 | JMD | 0.5 | $340.00 | $170.00 | Analysis of Naperville lien claim and representational issues |
| 08/18/15 | SWE | 0.7 | $180.00 | $126.00 | Begin drafting adversary complaint against W.B. Olson |
| 08/18/15 | KMC | 1.2 | $350.00 | $420.00 | Conference with J. Dash and J. Altshul regarding mechanic lien claim on real estate in which the mortgagee is FMB, and analysis of the overall issue to determine whether or not conflict counsel is warranted (.8); e-mail with attached and reviewed minutes of foreclosure and mechanic's lien claim, explaining situation, to FMB and requesting a call to discuss in an attempt to avoid greater cost, time and expense to all parties (.4) |
| 08/18/15 | JEA | 2.0 | $350.00 | $700.00 | Prepare and review multiple correspondence with G. Howard of MEPIS (.2); review costs regarding informal proof of claim (.3); revise argument draft (1.5). |
| 08/18/15 | ALS | 1.4 | $270.00 | $378.00 | Review In regarding Matter of Unroe, cited by Bright and Paramont in supplement in support of motion to extend time, as well as cases regarding 7th circuit's view of informal proofs of claim, in preparation for August 19th hearing (0.9); telephone clerk to take motion for Rule 2004 examination of Bright and Paramont off schedule (.2); review decision by Judge Barnes regarding late-filed proofs of claim (0.3). |
| 08/19/15 | KAI | 0.1 | $110.00 | $11.00 | Amend draft of certificate of service to include all parties of case. |
| 08/19/15 | SWE | 0.2 | $180.00 | $36.00 | Conference with J. Altshul regarding 9019 compromise with National Heat and Power. |
| 08/19/15 | SWE | 0.3 | $180.00 | $54.00 | Continue drafting adversary complaint against W.B. Olson. |

(3) Lumping