**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>    AEC ELECTRIC CORP.,<br><br>                     Debtor. | Chapter 7<br><br>Case No. 14-45427<br><br>Hon. Timothy A. Barnes<br><br>Hearing: October 4, 2017 at 10:30 a.m. |

**NOTICE OF MOTION**

TO:    See certificate of service

**PLEASE TAKE NOTICE** that on October 4, 2017 at 10:30 a.m. or as soon thereafter as counsel may be heard, counsel shall appear Honorable Timothy A. Barnes, in Courtroom 744 of the Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the *Chapter 7 Trustee's Motion For Entry of an Order Pursuant To Section 542 Of The Bankruptcy Code and Bankruptcy Rule 9019 (A) Approving Compromise of Northwestern University Account Receivable, (B) Authorizing Trustee To Execute Final Waiver of Lien, and (C) to Shorten Rule 2002 Notice Period to 14 Days,* a copy of which accompanies this Notice.

**OBJECTIONS MUST BE FILED WITHIN 14 DAYS OF THIS NOTICE**

                                                **CARLSON DASH, LLC,**

Dated:  September 20, 2017.                         By:  /s/ *James M. Dash*

James M. Dash ARDC #6200504
Steven D. Mroczkowski ARDC #6302590
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, IL 60661
Telephone: (312) 382-1600

# **CERTIFICATE OF SERVICE**

Steven D. Mroczkowski, the undersigned attorney, hereby certifies that he caused a true and correct copy of the foregoing *Chapter 7 Trustee's Motion For Entry of an Order Pursuant To Section 542 Of The Bankruptcy Code and Bankruptcy Rule 9019 (A) Approving Compromise of Northwestern University Account Receivable, (B) Authorizing Trustee To Execute Final Waiver of Lien, and (C) to Shorten Rule 2002 Notice Period to 14 Days* to be served on all parties identified as Registrants on the list below, and served all other creditors and/or interested parties via First Class U.S. Mail by placing the same in properly addressed envelopes with proper postage pre-paid on September 20, 2017.

Registrants in the Case (Service through ECF):

| | |
|---|---|
| Scott R. Clar | sclar@craneheyman.com |
| James P. Ziegler | jziegler@spklaw.com |
| Erica Del Aguila | delaguila@dlec.com |
| Margery Newman | mnewman@dlec.com |
| Joel A. Stein | joelastein@dlec.com |
| Robert Radasevich | rradasevich@ngelaw.com |
| Charles M. Baum | cbaum@ginsbergjacobs.com |
| David S. Adduce | dadduce@komdr.com |
| Ronald M. DeHaan | rdehaan@komdr.com |
| Tomasz Sobieraj | tom@troutdowning.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Phillip D. Levey, ESQ | levey47@hotmail.com |
| Matthew Linder | mlinder@sidley.com |

Service via U.S. Mail:

| | |
|---|---|
| **Accu-Tech**<br>1495 Hembree Road, Suite 100<br>Roswell, GA 30076 | **Albert Baba**<br>6480 N LeRoy<br>Lincolnwood, IL 60712 |
| **AT&T Mobility**<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | **Bank of America**<br>PO Box 15220<br>Wilmington, DE 19886-5220 |
| **Blueprint Shoppe**<br>5128 N. Elston<br>Chicago, IL 60630 | **Bright Electrical Supply Co.**<br>217 N. Western Ave.<br>Chicago, IL 60612 |
| **Brook Electrical Distribution**<br>62393 Collections Center Dr.<br>Chicago, IL 60693 | **Butler Coring Inc.**<br>1350 Tri-State Parkway<br>Gurnee, IL 60031 |
| **C.W. Olson & Company**<br>Stein Ray LLP (Attn: Andrew Donivan)<br>222 West Adams Street, Suite 1800<br>Chicago, IL 60606 | **Centric Corporation**<br>10245 Summerwind Dr.<br>Boise, ID 83704 |

| | |
|---|---|
| **Chase Auto Finance**<br>PO Box 9001801<br>Louisville, KY 40290-1801 | **Collette A. Brown**<br>Neal, Gerber & Eisenberg, LLP<br>Two N. LaSalle St., Suite 1700<br>Chicago, IL 60602 |
| **City of Chicago**<br>Dept. of Buildings/License & Registration<br>121 N. LaSalle Room 900<br>Chicago, IL 60607 | **Comcast**<br>PO Box 3001<br>Southeastern, PA 19398-3001 |
| **Colliers International**<br>1717 McKinney Ave., #900<br>Dallas, TX 75202 | **Common Sense Solutions**<br>200 W. 22nd St., #202<br>Lombard, IL 60148 |
| **Commitment Forms & Graphics**<br>PO Box 554<br>Elmhurst, IL 60126 | **Cornerstone Solutions**<br>901 W. Jackson Blvd., #402<br>Chicago, IL 60607 |
| **Community Bank of Oak Park**<br>1001 Lake Street<br>Oak Park IL 60301 | **CRP Holdings C, L.P.**<br>Collette A. Brown<br>Neal, Gerber & Eisenberg, LLP<br>Two N. LaSalle St., Suite 1700<br>Chicago, IL 60602 |
| **Crescent Electric Supply Co.**<br>PO Box 500<br>East Dubuque, IL 61025-4420 | **Dell Business Credit**<br>Payment Processing Center<br>PO Box 6403<br><br>Carol Stream, IL 60197-5275 |
| **CSC Communication Supply**<br>3462 Solution Center Dr.<br>Chicago, IL 60677-3004 | **Des Plaines Office Equipment**<br>1020 Bonaventure Drive<br>Elk Grove Village, IL 60007 |
| **Dell Financial Services, LLC**<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | **Dude Electrical Testing, LLC**<br>145 Tower Drive, Unit 9<br>Willowbrook, IL 60527 |
| **Diamond Rigging Corporation**<br>680 Kingsland Drive<br>Batavia, IL 60510 | **Electrical Insurance Trustees**<br>221 North La Salle Drive<br>Chicago, IL 60601 |
| **Fire & Security Specialist**<br>4830 W. 128th Place<br>Avera, GA 30803 | **First Communications**<br>Globalcom, Inc.<br>PO Box 182263<br>Columbus, OH 43218-2263 |
| **First Security Systems, Inc.**<br>1811 High Grove Lane, #1<br>Naperville, IL 60540 | **Forces, Inc.**<br>31W350 Diehl Road<br>Naperville, IL 60563-9630 |
| **Fuller Construction, Inc.**<br>5601 W Howard St<br>Niles, IL 60714 | **Fuller Construction, LLC**<br>1579 King George Court<br>Palatine, IL 60067 |

| | |
|---|---|
| **G&W Electric Company**<br>25249 Network Place<br>Chicago, IL 60673-1252 | **Garvey's Office Products**<br>7500 N. Caldwell Ave.<br>Niles, IL 60714 |
| **Graybar Electric Co., Inc.**<br>12431 Collections Center Drive.<br>Chicago, IL 60693 | **GreatAmerica Financial Services**<br>625 First St, SE #800<br>Cedar Rapids, IA 52401 |
| **GreatAmerica Financial Services Corporation**<br>ATTN: Peggy Upton, Litigation Specialist<br>P.O. Box 609<br>Cedar Rapids, IA 52406 | **Gus Berthold Electric Company**<br>1900 W. Carroll Ave.<br>Chicago, IL 60612 |
| **Helical Pier Solution, Inc.**<br>Box 311<br>Wilmot, WI 53192 | **High Voltage Electric, Inc.**<br>102 N. Fifth Ave.<br>Saint Charles, IL 60174 |
| **Hinckley Springs**<br>PO Box 660579<br>Dallas, TX 75266-0579 | **Home Depot Credit Card**<br>Department 32-2541898825<br>PO Box 18<br>Columbus, OH 43218-3176 |
| **Illinois Secretary of State**<br>Dept. of Business Services<br>501 S. Second Street , Room 350<br>Springfield, IL 62756 | **Jacqui & Albert Baba**<br>6480 N LeRoy<br>Lincolnwood, IL 60712 |
| **Jack's Inc.**<br>6638-42 W. 26th Street<br>Berwyn, IL 60402 | **Lead Industries, Inc.**<br>5601 W. Howard St.<br>Niles, IL 60714 |
| **L.N.P. Development**<br>1052 S. Chestnut Ave.<br>Arlington Heights, IL 60005 | **Liberty Mutual Insurance Co.**<br>25761 Network Place<br>Chicago, IL 60673-1257 |
| **LeMoi Hardware**<br><br>1008 Davis St.<br><br>Evanston, IL 60201 | **Marciano Underground LLC**<br>8525 W. 191st St., Unit 32<br>Mokena, IL 60448 |
| **LoVerde Construction**<br>800 S. Milwaukee Ave.<br>Wheeling, IL 60090 | **McCann**<br>543 S. Rohlwing Rd. (Route 53)<br>Addison, IL 60101-4284 |
| **Marshall Electric Supply, Inc.**<br>7400 N. Western Ave.<br>Chicago, IL 60645 | **Midwest Fence Corporation**<br>900 N. Kedzie Ave.<br>Chicago, IL 60651-4187 |
| **Metropolitan Industries, Inc.**<br>37 Forestwood Drive<br>Romeoville, IL 60446 | **Mine Safety Appliances**<br>8047 W. 185th St.<br>Tinley Park, IL 60487 |
| **Millennium Contracting Corp.**<br>1841 S. Calumet Ave., #120<br>Chicago, IL 60616 | **National Electrical Benefit Fund**<br>2400 Research Blvd<br>Rockville, MD 20850-3266 |

| | |
|---|---|
| **Nat'l Electrical Benefit Fund**<br>Chicago & Cook County EBB #16<br>Five West<br>Westchester, IL 60154 | **Niles Police Department**<br>7000 W. Touhy<br>Niles, IL 60714-4393 |
| **Nicor**<br>PO Box 5407<br>Carol Stream, IL 60197-5407 | **Paul Horak**<br>9519 271st Ave<br>Trevor, WI 53179 |
| **Paramount Electric Supply, Inc.**<br>75 Remittance Drive<br>Dept. 6659<br>Chicago, IL 60675-6659 | **Paychex Inc**<br>Attn: Bankruptcy Dept.<br>225 Kenneth Drive Ste 100<br>Rochester, NY 14623 |
| **Paychex, Inc.**<br>230 West Monroe Street #1020<br>Chicago, IL 60606 | **RBS/Citizens Bank**<br>PO Box 42113<br>Providence, RI 02940 |
| **Penske Truck Leasing Co., L.P.**<br>PO Box 563<br>Reading, PA 19603-0563 | **Siemens Industry, Inc.**<br>c/o Citibank (Bldg Tech)<br>PO Box 2134<br>Carol Stream, IL 60132-2134 |
| **Robin & Edward Baba**<br>2114 Linden Ave.<br>Highland Park, IL 60035 | **SimplexGrinnell**<br>50 Technology Drive<br>Westminster, MA 01441 |
| **Simplex Grinnell**<br>Dept. CH 10320<br>Palatine, IL 60055-0320 | **Sub Surface Vision Inc.**<br>1161 W. Frank St.<br>Beecher, IL 60401 |
| **Sprint Corp.**<br>Attn: Bankruptcy Dept.<br>PO Box 7949<br>Overland Park KS 66207-0949 | **Weltman Bernfield LLC**<br>485 E. Half Day Road, #250<br>Buffalo Grove, IL 60089-8806 |
| **Village of Niles**<br>1000 Civic Center Drive<br>Niles, IL 60714 | **Reinhart Boerner Van Deuren s.c.**<br>1000 N. Water Street, Ste. 1700<br>Milwaukee, WI 53202<br>Attn: Peter C. Blain |

/s/ James M. Dash

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>AEC ELECTRIC CORP.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 14-45427<br><br>Hon. Timothy A. Barnes<br><br>Hearing: October 4, 2017 at 10:30 a.m. |

**CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 542 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 (A) APPROVING COMPROMISE OF NORTHWESTERN UNIVERSITY ACCOUNT RECEIVABLE, (B) AUTHORIZING TRUSTEE TO EXECUTE FINAL WAIVER OF LIEN, AND (C) TO SHORTEN RULE 2002 NOTICE PERIOD TO 14 DAYS**

Phillip D. Levey, not individually, but solely as Chapter 7 trustee (the "Trustee") for the Estate of AEC Electric Corporation (the "Debtor"), through his special counsel, Carlson Dash, LLC, files this motion (the "Motion") pursuant to 11 U.S.C. § 542 and Rule 9019, FED. R. BANKR. P., to enter an order (a) approving a compromise of the collection of certain accounts receivable from Northwestern University ("Northwestern"); (b) approving and authorizing the Trustee to execute a settlement agreement and the accompanying final waiver of lien substantially in the form attached hereto as Exhibit A with respect to certain property owned by Northwestern to which the accounts receivable relate; and, (c) to shorten the Rule 2002 notice period for objections to the proposed compromise to 14 days. In support of this Motion, the Trustee states as follows.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334 in that this action arises in, arises under, and/or relates to the Debtor's bankruptcy proceeding.

2. This Motion is a core proceeding under 28 U.S.C. § 157.

3. This Court has venue over this Motion pursuant to 28 U.S.C. § 1409.

4. Pursuant to 11 U.S.C. § 542, the Trustee is entitled to collect property of the Debtor held by third parties. This Motion is brought pursuant to Bankruptcy Rule of Procedure 9019.

**Factual Background**

5. On December 22, 2014 (the "Petition Date"), AEC Electric Corporation (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

6. The Trustee was duly appointed, qualified and acting trustee of this Chapter 7 case.

7. The Debtor operated a commercial electrical contracting business located in Niles, Illinois. Among the assets which constitute property of the Estate are certain accounts receivable for electrical contracting services rendered by the Debtor prior to the Petition Date.

8. Northwestern is the owner of certain real property in Evanston, Illinois and Chicago, Illinois (the "Property").

9. Prior to the Petition Date, Northwestern hired the Debtor as a direct contractor for certain electrical construction work on Northwestern's Property and as a subcontractor to National Heat & Power Corp. for certain electrical construction work on Northwestern's Property.

10. According to the Debtor's books and records, Northwestern owes the Debtor: (i) $774,132.77 as a direct contractor; and (ii) $108,000 as a subcontractor to National Heat & Power Corp. for certain goods and services that the Debtor provided before the Petition Date in connection with the Property.

11. By assignment, Northwestern is the holder of Claim Numbers 13, 14, 15, 16, and 17 filed on the claims register of the above-captioned matter, which total $879,655.02 (the "Claims").

12. A dispute arose about the amounts claimed due by Debtor from Northwestern and the validity of the Claims.

13. Counsel for the Trustee previously demanded payment from Northwestern for all amounts Debtor claims are due as described in Paragraph No. 9 above.

14. Northwestern disputes the amounts sought by the Debtor, and further claims that it is entitled to offset the Claims against any amounts due and owing to the Debtor. Following negotiations pertaining to the same, counsel for the Trustee and counsel for Northwestern, after consultation with and receipt of authority from their respective clients, have reached a compromise as to the amount due to and from Northwestern.

**Proposed Settlement and Relief Requested**

15. The Trustee proposes a settlement with Northwestern as follows: (a) payment in the amount of $308,000.00 from Northwestern to the Trustee (the "Settlement Amount"); and, (b) contemporaneously with Trustee's receipt of the Settlement Amount, the Trustee shall execute final waivers of lien for all work performed by Debtor on Northwestern's Property. The terms of the proposed settlement are set forth in the settlement agreement attached hereto as **Exhibit A**.

16. "In conducting a hearing under Rule 9019(a), the bankruptcy court is to determine whether the proposed compromise is fair and equitable and in the best interest of the bankruptcy estate." *Depoister v. Mary M. Holloway Found*, 36 F.3d 582, 586 (7th Cir. 1994) (internal citations omitted). In making this determination, a bankruptcy judge should compare the terms of the compromise with the likely rewards of litigation, taking into account all facts necessary in order to form an intelligent and objective opinion. *Id.*

17. Here, the debtor was an electrical construction subcontractor. The Northwestern receivables relate to work performed on several, distinct parcels of the Northwestern Property. Debtor did not perfect mechanic's liens for said work. The parties exchanged documents related to the Northwestern receivables and the Claims. Based on the foregoing, Northwestern asserted that the Claims completely offset amounts it might otherwise owe to the Debtor, and would leave Northwestern with an additional unsecured claim of over $100,000. The Trustee disputes

2

Northwestern's position. The Trustee brings this Motion for compromise and settlement in the interest of avoiding the costs associated with litigating Northwestern's receivables. Moreover, pursuant to the Parties' agreement, Northwestern will retain the ability to assert the Claims and the Trustee retains his right to object thereto and has not agreed to the allowance of the Claims.

18. The anticipated cost of litigation does not justify the risk that the Estate would take to get a result better than the offered settlement. Accordingly, the Trustee believes it is in the best interest of the Estate to accept the proposed Settlement Amount.

19. Notice of this Motion has been given to (a) Northwestern through its counsel; and (b) all parties on the regular service list for this case, including the U.S. Trustee's Office.

20. Pursuant to Fed. R. Bank. P. Rule 2002, Trustee is to provide 21 days' notice by mail of the hearing approving the compromise proposed herein.

21. However, pursuant to Fed. R. Bank. P. Rule 9006(c)(1), this Court, in its discretion may reduce the time required for an act to be done under other rules on good cause shown.

22. Here, Trustee's special counsel was unable to obtain approval for the filing of this motion far enough in advance to provide 21 days' notice as required by Fed. R. Bank. P. Rule 2002 due to Trustee's prior established travel plans.

23. Trustee does not anticipate objections to this motion and further states that cause for shortening the notice period here exists because Trustee, and the estate, will incur increased fees in the form of additional court appearances by special counsel to present this motion. Special counsel will already be in front of this Court on this matter on October 4, 2017 and seeks to present this motion on that date, as well.

WHEREFORE, Phillip D. Levey, Trustee, respectfully requests this Court to enter an order:

(i) allowing and authorizing him to enter into a settlement with Northwestern University pursuant to the terms set forth in the Motion above;

3

(ii)   shortening the notice period for objections to this compromise to 14 days; and,

(iii)  providing such other and further relief as this Court deems just and appropriate.

                                                       **PHILLIP D. LEVEY, TRUSTEE**

                        By:  /s/ *James M. Dash*
                                 One of his Attorneys

James M. Dash ARDC #6200504
Steven D. Mroczkowski ARDC #6302590
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, Illinois  60661
Telephone: (312) 382-1600