UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 14bk45427 |
| AEC ELECTRIC CORP. | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) Honorable Timothy A. Barnes |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO CARLSON DASH, LLC, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FOURTH AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 63,385.00 | TOTAL COSTS REQUESTED: | $ 251.93 |
| TOTAL FEES REDUCED: | $ 1,462.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 61,923.00 | TOTAL COSTS ALLOWED: | $ 251.93 |

TOTAL FEES AND COSTS ALLOWED: $ 62,174.93

The attached time and expense entries have been highlighted to reflect disallowance in whole or in part. The basis for each disallowance is reflected is as follows:

(1)    Insufficient Description – TOTAL of disallowed amounts: $ 1,462.00

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]. Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case, counsel often noted a communication with one party but did not note what the communication concerned. Counsel also described time entries as "consideration" of a subject without an action. In both instances, the court was unable to determine the benefit to the estate.

Dated: August 6, 2019

_____
Timothy A. Barnes
United States Bankruptcy Judge

EXHIBIT A

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 10/04/16 | JMD | 1.2 | $340.00 | $408.00 | Communications with M. Linder regarding Paramont settlement (.1) and with P. Levey regarding ▒▒▒ (.1); review documents requested by M. Linder (.2) and follow-up with M. Linder regarding Metropolitan Industries claim (.2); review general status for outstanding items (.3); communications with P. Levey regarding ▒▒▒ (.2); e-mail correspondence to M. Rose regarding Metropolitan lien (.1) |
| 10/31/16 | JMD | 0.4 | $340.00 | $136.00 | Prepare for scheduled November 1st, 2016 conference call with opposing counsel regarding possible resolution |
| 11/01/16 | JMD | 0.8 | $340.00 | $272.00 | Prepare for and Telephone conference with S. Mercado regarding possible resolution |
| 12/08/16 | JMD | 1.2 | $340.00 | $408.00 | Receipt and initial review of correspondence from M. Linder for Northwestern regarding lien claims and communications with P. Levey regarding ▒▒▒ (.3); draft memorandum to P. Levey and C. Baum (.3) |
| 12/09/16 | JMD | 0.4 | $340.00 | $136.00 | Detailed review and consideration of M. Linder letter regarding alleged set-off of post-petition payments to lien claimants (.2); draft correspondence to M. Linder regarding Northwestern "offer" to pay the estate nothing (.2) |
| 12/10/16 | JMD | 0.8 | $340.00 | $272.00 | Review correspondence from P. Levey regarding ▒▒▒ and draft correspondence to P. Levey regarding same |
| 12/11/16 | JMD | 0.1 | $340.00 | $34.00 | Finalize and send e-mail to P. Levey regarding ▒▒▒ |
| 12/16/16 | JMD | 0.7 | $340.00 | $238.00 | Telephone conference with P. Levey regarding ▒▒▒ |
| 12/22/16 | JMD | 1.4 | $340.00 | $476.00 | Review correspondence and documents from and relating to Power Construction (NU - Bienan School of Music project) and research regarding relevant property at P. Levey request for ▒▒▒ |
| 01/20/17 | JMD | 1.0 | $340.00 | $340.00 | Consider all outstanding matters and strategy regarding same, particularly Northwestern collection and Naperville Animal Hospital |
| 01/20/17 | SDM | 0.5 | $275.00 | $137.50 | Review and analyze claims of Northwestern regarding setoff (.5) |
| 01/24/17 | SDM | 1.5 | $275.00 | $412.50 | Research regarding availability of setoff by subsequent purchaser of claims; search 7th Circuit for same and review other Circuits for same and exceptions to 553(A)2(a) |
| 01/24/17 | SDM | 3.5 | $275.00 | $962.50 | Review of lien claims owned by Northwestern University and waiver and release documents for same (2.0); review public records and file pertaining to other encumbrances on liened property (0.4); review of all correspondence from counsel for Northwestern University and research regarding cases cited in same (1.1) |
| 01/25/17 | SDM | 1.0 | $275.00 | $275.00 | Review research regarding 553(a)(2)(a) exceptions and setoff; preparation of memorandum and correspondence to J. Dash regarding same. |
| 01/30/17 | SDM | 0.2 | $275.00 | $55.00 | Discussion with J. Dash regarding status of Northwestern University matters (0.2) |
| 01/30/17 | JMD | 2.9 | $340.00 | $986.00 | Prepare for (.9) and attend (2.0) meeting with P. Levey and C. Baum regarding ▒▒▒, Meeting with P. Levey regarding ▒▒▒ (.5, no charge) |
| 01/30/17 | SDM | 0.3 | $275.00 | $82.50 | Revise update on research pertaining to setoff and 553(a)2(A) exceptions; send same to J. Dash |
| 02/06/17 | JMD | 2.0 | $340.00 | $680.00 | Initial draft of letter to M. Linder regarding Northwestern claim and review section 553 and cases regarding same |
| 02/07/17 | JMD | 0.7 | $340.00 | $238.00 | Complete initial draft letter to M. Linder regarding NU acquisition of claims, setoff and mechanic's liens (.5); finalize and send draft to P. Levey for review (.2) |
| 02/07/17 | SDM | 0.4 | $275.00 | $110.00 | Review draft letter to Northwestern regarding setoff argument (0.2); review of initial claims by opposing counsel (0.1); e-mail to J. Dash regarding same (0.1) |
| 02/08/17 | JMD | 0.4 | $340.00 | $136.00 | Communications with P. Levey regarding correspondence regarding same (.2); authority to send Linder letter from P. Levey and send same (.2) |
| 02/09/17 | JMD | 0.2 | $340.00 | $68.00 | Revise, edit and finalize letter to M. Linder regarding ▒▒▒ |
| 02/15/17 | SDM | 2.0 | $275.00 | $550.00 | Review of lien claims and validity of same pertaining to claims of Northwestern (1.0); review of discovery documents produced by Northwestern and objections for same (1.0) |
| 02/21/17 | JMD | 1.1 | $340.00 | $374.00 | Receipt and review of M. Linder letter regarding Northwestern claims (.2); prepare for (.1) and telephone conference with (.5) P. Levey regarding ▒▒▒ (.1); follow-up on possible service of subpoena on Northwestern (.2) |
| 02/21/17 | SDM | 3.5 | $275.00 | $962.50 | Review of correspondence from counsel for Northwestern regarding claimed right of setoff (0.4); research caselaw cited by Northwestern for support of same (2.0); locate and research additional law regarding same and compare claims of Northwestern with same (1.1) |

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 02/22/17 | SDM | 0.5 | $275.00 | $137.50 | Review of caselaw pertaining to setoff and confer with J. Dash regarding same and applicability to Northwestern claims. |
| 02/22/17 | SDM | 1.6 | $275.00 | $440.00 | Review of documents produced by Northwestern pertaining to lien claims (1.0); preparation of subpoena rider for subsequent document request to Northwestern including review of file for pertinent dates and information related to liens claimed for offset (0.6). |
| 02/24/17 | JMD | 0.2 | $340.00 | $68.00 | Revise draft subpoena rider to Northwestern and e-mail correspondence to P. Levey regarding same |
| 02/28/17 | JMD | 0.2 | $340.00 | $68.00 | Consideration of Bank offer regarding first payment of claim |
| 03/03/17 | JMD | 0.7 | $340.00 | $238.00 | Telephone conference with P. Levey regarding ▮▮▮ (.5); follow-up regarding same (.2) |
| 03/08/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▮▮▮ |
| 03/09/17 | SDM | 0.2 | $275.00 | $55.00 | Correspondence to counsel for Northwestern regarding service of subpoena for documents related to lien claims. |
| 03/13/17 | JMD | 0.1 | $340.00 | $34.00 | Admin regarding subpoena to Northwestern |
| 03/14/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding ▮▮▮ |
| 03/14/17 | SDM | 0.2 | $275.00 | $55.00 | Finalize and serve subpoena on counsel for Northwestern. |
| 03/29/17 | JMD | 0.3 | $340.00 | $102.00 | Review and analyze NU response to subpoena (.2) and e-mail correspondence to P. Levey regarding ▮▮▮ (.1) |
| 04/05/17 | JMD | 0.2 | $340.00 | $68.00 | Receipt and brief review of NU document production and admin regarding same |
| 04/06/17 | SDM | 0.5 | $275.00 | $137.50 | Memorandum to J. Dash and to file pertaining to documents produced by Northwestern in response to trustee's subpoena. |
| 04/06/17 | SDM | 2.3 | $275.00 | $632.50 | Review documents produce by Northwestern in response to trustee's subpoena |
| 04/07/17 | JMD | 0.2 | $340.00 | $68.00 | Brief review of owner responses to discovery and admin regarding same |
| 04/10/17 | SDM | 0.2 | $275.00 | $55.00 | Review status of Northwestern matters and confer with J. Dash regarding available defenses to lien claims. |
| 05/02/17 | SDM | 0.6 | $275.00 | $165.00 | Draft, revise, and edit letter to counsel for Northwestern regarding disclosure of actual consideration paid for lien claims. |
| 05/11/17 | SDM | 0.1 | $275.00 | $27.50 | Revisions to letter to counsel for Northwestern regarding disclosure of consideration for lien claims. |
| 05/11/17 | JMD | 0.2 | $340.00 | $68.00 | Revise and edit draft correspondence to M. Linder regarding discovery refusal |
| 05/12/17 | KMC | 0.8 | $375.00 | $300.00 | Continue to work through potential settlement with bank ▮▮▮ |
| 05/12/17 | JMD | 0.6 | $340.00 | $204.00 | Draft memorandum to P. Levey regarding ▮▮▮ |
| 05/15/17 | KMC | 1.0 | $375.00 | $375.00 | Review e-mail correspondence from C. Baum (Ginsberg Jacbos) regarding status of case and bank settlement negotiations and K. Carlson regarding same |
| 05/18/17 | SDM | 0.6 | $275.00 | $165.00 | Review correspondence from counsel for Northwestern; preparation of draft agreed protective order regarding consideration paid for lien claims. |
| 05/19/17 | JMD | 0.2 | $340.00 | $68.00 | Review and consider correspondence from M. Linder regarding Northwestern response to demand for documents subject to protective order and correspondence to P. Levey regarding same |
| 05/19/17 | SDM | 0.5 | $275.00 | $137.50 | Revisions to proposed agreed protective order regarding consideration paid by Northwestern for lien claims. |
| 05/22/17 | JMD | 0.1 | $340.00 | $34.00 | Admin regarding agreed protective order proposed by NU attorney M. Linder |
| 05/22/17 | SDM | 0.4 | $275.00 | $110.00 | Final revisions to draft protective order pertaining to Northwestern's objection to production of consideration paid for lien claims. |
| 05/23/17 | SDM | 0.2 | $275.00 | $55.00 | Correspondence to counsel for Northwestern regarding draft protective order pertaining to consideration paid for lien claims. |
| 05/23/17 | JMD | 0.5 | $340.00 | $170.00 | Revise and edit draft agreed protective order with Northwestern and determine strategy regarding same |
| 05/24/17 | JMD | 0.2 | $340.00 | $68.00 | Consideration of strategy regarding discovery deadlines in light of late Owner responses to written discovery and S Mroczkowski regarding motion to extend same |
| 05/24/17 | KMC | 0.5 | $375.00 | $187.50 | Review phone message/e-mail from Charles Baum (.1); conference with J. Dash regarding same (.1); review J. Dash e-mail after his discussion with Charles Baum regarding schedule/payments to be made (.3) |
| 05/24/17 | JMD | 0.3 | $340.00 | $102.00 | Revise and edit draft motion to extend time and proposed order and consider strategy regarding same |
| 05/24/17 | JMD | 1.7 | $340.00 | $578.00 | Telephone conference with C. Baum regarding bank claim, possible reduction or settlement and options (.3); consideration of implications and ▮▮▮ (.0); calculation of results if bank proposal proceeds (.4) |
| 05/24/17 | JMD | 0.7 | $340.00 | $238.00 | Telephone conference with NU attorney G. Kelly regarding possible settlement discussions (.2); draft correspondence to P. Levey ▮▮▮ (.5) |

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 05/25/17 | JMD | 0.5 | $340.00 | $170.00 | Draft e-mail correspondence to C. Baum regarding [redacted] |
| 05/25/17 | KMC | 0.2 | $375.00 | $75.00 | E-mail correspondence from/to J. Dash regarding [redacted] |
| 05/30/17 | KMC | 0.4 | $375.00 | $150.00 | Continue negotiations with C. Baum [redacted] |
| 06/02/17 | JMD | 0.3 | $340.00 | $102.00 | [redacted] at request of P. Levey |
| 06/02/17 | SDM | 0.3 | $275.00 | $82.50 | Review of Northwestern's proposed joint motion for protective order. |
| 06/05/17 | JMD | 0.2 | $340.00 | $68.00 | Consideration of revised NU motion |
| 06/05/17 | JMD | 0.6 | $340.00 | $204.00 | Draft communications with C. Baum regarding [redacted] |
| 06/05/17 | KMC | 1.0 | $375.00 | $375.00 | Review C. Baum correspondence and review/discuss with J. Dash regarding [redacted] |
| 06/05/17 | SDM | 0.3 | $275.00 | $82.50 | Revisions to motion for protective order and correspondence to counsel for Northwestern regarding same. |
| 06/07/17 | KMC | 0.5 | $375.00 | $187.50 | Continue negotiations with bank [redacted] |
| 06/07/17 | KMC | 0.4 | $375.00 | $150.00 | Continue to work on settlement with bank, through e-mail correspondence with counsel and discussions with J. Dash regarding [redacted] |
| 06/08/17 | JMD | 0.7 | $340.00 | $238.00 | Consideration of bank response to [redacted] |
| 06/15/17 | JMD | 0.7 | $340.00 | $238.00 | Communications with P. Levey (email and telephone) regarding [redacted] (.7). |
| 06/19/17 | JMD | 0.2 | $340.00 | $68.00 | Prepare for telephone conference with NU attorney G. Kelly and call to same |
| 06/20/17 | JMD | 0.4 | $340.00 | $136.00 | Telephone conference with C. Baum for bank regarding [redacted] |
| 06/20/17 | JMD | 0.2 | $340.00 | $68.00 | Telephone conference with NU attorney G. Kelly regarding concept for further discussion regarding possible settlement and set up time for same |
| 06/21/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey and C. Baum regarding [redacted] |
| 06/22/17 | JMD | 0.5 | $340.00 | $170.00 | Draft correspondence to C. Baum regarding [redacted] |
| 06/28/17 | JMD | 0.6 | $340.00 | $204.00 | Prepare for and telephone conference with NU counsel G. Kelly regarding initial settlement discussions and $50K "offer" and communications with P. Levey |
| 06/28/17 | JMD | 0.2 | $340.00 | $68.00 | Review and consider bank motion to extend time for filing objection |
| 06/29/17 | SDM | 0.6 | $275.00 | $165.00 | Correspondence to counsel for Northwestern regarding unredacted claim assignment documents (.1); review same upon receipt (.5). |
| 06/29/17 | JMD | 0.1 | $340.00 | $34.00 | Correspondence to P. Levey regarding [redacted] |
| 06/29/17 | JMD | 0.3 | $340.00 | $102.00 | Initial receipt and review [redacted] |
| 06/29/17 | JMD | 0.2 | $340.00 | $68.00 | Receipt and review of NU agreements on payment of alleged lien claims and initial assessment of same |
| 06/29/17 | SDM | 0.1 | $275.00 | $27.50 | Review records and correspondence for amounts claimed due from Northwestern. |
| 07/03/17 | JMD | 0.1 | $340.00 | $34.00 | Follow-up on preparation for possible next settlement discussions with G. Kelly for NU |
| 07/05/17 | JMD | 0.4 | $340.00 | $136.00 | Complete initial review and proposed revision [redacted] from C. Baum |
| 07/07/17 | JMD | 0.2 | $340.00 | $68.00 | Add language requested by C. Baum regarding [redacted] |
| 07/07/17 | KMC | 0.8 | $375.00 | $300.00 | Review and revise draft agreement with CBOP |
| 07/17/17 | KMC | 1.0 | $375.00 | $375.00 | Revise [redacted] between trustee and CBOP |
| 07/17/17 | JMD | 0.5 | $340.00 | $170.00 | Revise and edit tri-party agreement regarding indemnity and settlement with bank lender [redacted] with Bank |
| 07/26/17 | KMC | 0.3 | $375.00 | $112.50 | Review bank's [redacted] and discuss same with J. Dash |
| 08/01/17 | JMD | 0.5 | $340.00 | $170.00 | Review spreadsheets and prepare for communications with NU attorney G. Kelly regarding settlement |
| 08/04/17 | JMD | 0.2 | $340.00 | $68.00 | Follow-up communications with NU attorney G. Kelly regarding possible settlement |
| 08/04/17 | KMC | 0.2 | $375.00 | $75.00 | Review email from C. Baum regarding [redacted] |
| 08/17/17 | JMD | 0.2 | $340.00 | $68.00 | Communications to G. Kelly regarding possible response to settlement demand (.1); communications with C. Berard of NAH regarding status of settlement (.1) |
| 08/24/17 | JMD | 0.5 | $340.00 | $170.00 | Telephone conference with NU attorney G. Kelly regarding new settlement offer and basis (.2) and communicate same to P. Levey (.1); further communications with G. Kelly regarding [redacted] authorized by P. Levey (.2) |
| 08/25/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with G. Kelly regarding counter-offer (.1) and conditions thereof (.1); |
| 08/25/17 | JMD | 1.2 | $340.00 | $408.00 | Various communications with P. Levey and opposing counsel G. Kelly and M. Linder regarding [redacted] |

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 08/28/17 | JMD | 0.8 | $340.00 | $272.00 | Telephone conference with opposing counsel G. Kelly regarding possible settlement of NU claim (.2); calculation of estate interest based on G. Kelly communications and draft memorandum to P. Levey regarding same and narrowing of gap (.6) |
| 08/29/17 | JMD | 0.6 | $340.00 | $204.00 | Continued negotiations with G. Kelly for Northwestern (.2) and telephone conferences with P. Levey ▓ (.4) |
| 08/30/17 | JMD | 0.8 | $340.00 | $272.00 | Communications with P. Levey and negotiations with NU attorney G. Kelly regarding settlement of NU dispute, resulting in ▓ |
| 08/31/17 | JMD | 0.5 | $340.00 | $170.00 | Further communications with NU attorney G. Kelly regarding revised draft settlement agreement and terms and communications with P. Levey ▓ |
| 09/01/17 | JMD | 0.3 | $340.00 | $102.00 | Communications with P. Levey regarding ▓ (.2); review communications between P. Levey and C. Baum regarding ▓ (.1) |
| 09/01/17 | SDM | 0.2 | $275.00 | $55.00 | Review proposed final settlement agreement regarding Northwestern receivables and correspondence to trustee regarding same. |
| 09/13/17 | SDM | 0.3 | $275.00 | $82.50 | Review and final revisions to draft settlement agreement for Northwestern receivables. |
| 09/15/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with M. Linder for NU regarding status of 9019 motion and settlement agreement (.1); communications with C. Baum regarding ▓ (.1) |
| 09/21/17 | SDM | 0.6 | $275.00 | $165.00 | Review correspondence from Northwestern's counsel regarding 9019 order and confer with J. Dash regarding same (.3); correspondence to trustee regarding ▓ (.3) |
| 09/29/17 | JMD | 1.0 | $340.00 | $340.00 | Communications with P. Levey regarding ▓ (.2) ▓ (.1); draft requested fee estimate for P. Levey and accompanying e-mail correspondence (.4); communications with P. Levey regarding ▓ (.2) and M. Linder regarding same (.1) |
| 10/04/17 | JMD | 0.2 | $340.00 | $68.00 | Review settlement documents and e-mail correspondence to P. Levey regarding ▓ |
| 10/05/17 | JMD | 0.3 | $340.00 | $102.00 | Telephone conference with C. Baum regarding ▓ |
| 10/12/17 | JMD | 0.1 | $340.00 | $34.00 | Review M. Linder correspondence regarding pending claims and those acquired (.1) |
| 10/24/17 | JMD | 0.3 | $340.00 | $102.00 | Telephone conference with C. Baum regarding ▓ (.2); communications with M. Linder for NU regarding payment and agreement to hold check in trust pending receipt of waiver (.1) |
| 11/06/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with M. Linder regarding status of checks and final waiver |
| 11/16/17 | JMD | 0.2 | $340.00 | $68.00 | E-mail correspondence to C. Baum regarding ▓ |
| 12/01/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with S. Ginsberg and C. Baum regarding ▓ |
| 12/18/17 | JMD | 0.2 | $340.00 | $68.00 | Telephone conference with A. Rosenthal for CBOP regarding ▓ |
| 12/20/17 | JMD | 0.2 | $340.00 | $68.00 | Prepare for and telephone conference with CBOP attorney A. Rosenthal regarding ▓ |
| 12/27/17 | JMD | 0.1 | $340.00 | $34.00 | Follow-up with P. Levey regarding ▓ |
| 12/29/17 | JMD | 1.6 | $340.00 | $544.00 | Review, revise and edit draft settlement agreement per P. Levey and send same to P. Levey (.6); further communications with P. Levey regarding ▓ (.6) and with P. Levey and A. Rosenthal regarding ▓ (.2); ▓ P. Levey and A. Rosenthal regarding same (.2) |
| 01/02/18 | JMD | 0.4 | $340.00 | $136.00 | ▓ and send to P. Levey and A. Rosenthal |
| 01/03/18 | JMD | 0.2 | $340.00 | $68.00 | Prepare for and telephone conference with P. Levey regarding ▓ |
| 01/04/18 | JMD | 0.6 | $340.00 | $204.00 | Consider and make additional changes to ▓ requested by P. Levey and e-mail correspondence to P. Levey and A. Rosenthal regarding ▓ |
| 01/08/18 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey and A. Rosenthal regarding ▓ |
| 01/09/18 | JMD | 0.2 | $340.00 | $68.00 | Communications with A. Rosenthal regarding ▓ (.2); |
| 01/11/18 | JMD | 0.2 | $340.00 | $68.00 | Follow-up with P. Levey and A. Rosenthal regarding ▓ |
| 01/15/18 | JMD | 0.7 | $340.00 | $238.00 | Communications with P. Levey and A. Rosenthal regarding ▓ |

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 02/12/18 | JMD | 0.3 | $340.00 | $102.00 | Telephone conference with P. Levey regarding ▮ |
| 02/16/18 | JMD | 0.3 | $340.00 | $102.00 | Telephone conference with P. Levey regarding ▮ |
| 02/22/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with NU attorney M. Linder regarding status of settlement and checks and February 28th court hearing and with P. Levey regarding ▮ |
| 02/28/18 | JMD | 0.5 | $340.00 | $170.00 | Admin regarding ▮ per P. Levey and e-mail correspondence to P. Levey and G. Apostolides regarding ▮ |
| 03/05/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with G. Apostolides regarding documents on site for review |
| 03/06/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with NU attorney M. Linder regarding status of waiver and check deposit |
| 03/07/18 | JMD | 0.6 | $340.00 | $204.00 | Conference with S. Ewing attorneys regarding documents in house and production of same, preference action, possible mechanic's lien issues, burden of proof and related matters |
| 03/13/18 | JMD | 0.2 | $340.00 | $68.00 | Communications with NU attorneys regarding documents needed to complete settlements (.1); obtain payment and follow-up with P. Levey regarding same (.1) |
| 03/14/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with M. Linder regarding acceptance of waivers and authority to release checks (.1); |
| 03/16/18 | JMD | 0.4 | $340.00 | $136.00 | Draft final waiver language and e-mail correspondence to D. Bach at Power Construction regarding same (.3); communications with SACC counsel regarding status of payment and P. Levey regarding same (.1) |
| 03/19/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▮ |
| 03/23/18 | JMD | 0.3 | $340.00 | $102.00 | Communications with D. Bach of Power Construction regarding proposed final waiver and revise and edit same (.2); further communications with D. Bach regarding same (.1) |
| 03/26/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey and D. Bach regarding ▮ |
| 03/27/18 | JMD | 0.1 | $340.00 | $34.00 | Further communications with P. Levey and D. Bach regarding ▮ |
| 03/29/18 | KMC | 1.4 | $375.00 | $525.00 | Communicate with Trustee, and handle communications with bank regarding checks, etc. |
| 03/29/18 | JMD | 0.3 | $340.00 | $102.00 | Follow-up on Power settlement, communications with D. Bach of Power regarding same and arrange for waiver delivery to Power and for check delivery to bank counsel |
| 04/02/18 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding ▮ |
| 04/27/18 | JMD | 0.2 | $340.00 | $68.00 | Communications with N. Mitchell regarding preparation for document review on May 2nd. |
| 05/02/18 | JMD | 0.4 | $340.00 | $136.00 | Correspondence with J. Ziegler regarding past document review, review of current documents and regarding search for same (.2); telephone conference with J. Altshul regarding documents at request of J. Ziegler and correspondence with J. Ziegler regarding same (.2) |
| 05/07/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with C. Berard and P. Levey regarding ▮ |
| 05/21/18 | JMD | 0.1 | $340.00 | $34.00 | Communications from C. Berard for SACC regarding wet-ink original of release for recording and P. Levey regarding same |
| 05/24/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▮ |
| 05/25/18 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding SACC release ▮ |
| 08/07/18 | JMD | 0.2 | $340.00 | $68.00 | Communications with J. Novy for SACC regarding release of lien and draft correspondence regarding same |
| | | | Total | $25,615.50 | |

EXHIBIT B

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 10/24/16 | JMD | 0.5 | $340.00 | $170.00 | Telephone conference with P. Levey regarding ███ (.3); communications with K. Larson of W. B. Olson regarding motion to compromise (.2) |
| 10/27/16 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding ███ |
| 11/08/16 | JMD | 0.1 | $340.00 | $34.00 | Communications with opposing counsel S. Mercado regarding possible meeting to discuss Geosolar |
| 11/15/16 | JMD | 0.5 | $340.00 | $170.00 | Revise and edit draft documents for motion to compromise W. B. Olson claim and correspondence with opposing counsel K. Larson regarding same |
| 12/02/16 | JMD | 0.2 | $340.00 | $68.00 | Revise and edit draft motion to compromise W B Olson claim and to shorten notice |
| 12/05/16 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ███ |
| 12/07/16 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding ███ |
| 12/09/16 | JMD | 1.1 | $340.00 | $374.00 | Review GeoSolar status in prep for communications with P. Levey and for December 13th court hearing (.5); telephone conference with P. Levey ███ (1.1); |
| 12/09/16 | JMD | 0.1 | $340.00 | $34.00 | Correspondence to K. Larson for W. B. Olson regarding status of motion to compromise |
| 12/20/16 | JMD | 1.2 | $340.00 | $408.00 | Review of AEC documents on Geosolar matter and compare with spreadsheet (.9); communications with P. Levey regarding ███ (.1); communications with G. Sierra regarding assistance and then his change of heart (.2) |
| 12/22/16 | JMD | 0.3 | $340.00 | $102.00 | Review and revise motion to compromise WB Olson claim and correspondence with P. Levey per his request (.2); communications with K. Larsen for WB Olson regarding same (.1) |
| 12/23/16 | JMD | 0.5 | $340.00 | $170.00 | Correspondence with G. Sierra regarding possible meeting to discuss GeoSolar claim and terms (.2); communications with P. Levey regarding ███ (.3) |
| 01/03/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with K Larson regarding status of WB Olson motion and with P. Levey regarding same |
| 01/08/17 | JMD | 0.2 | $340.00 | $68.00 | E-mail correspondence to P. Levey regarding W ███ |
| 01/17/17 | JMD | 0.2 | $340.00 | $68.00 | communications with opposing counsel S. Mercado regarding potential agreed discovery schedule on Naperville Animal Hospital and P. Levey regarding ███ (.2) |
| 01/17/17 | JMD | 0.2 | $340.00 | $68.00 | Revise and finalize motion to compromise W B Olson claim for filing and service (.1); communications with W B Olson attorney K. Larson regarding same (.1) |
| 01/19/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with attorney for WB Olson K. Larsen regarding motion to compromise |
| 01/20/17 | SDM | 0.5 | $275.00 | $137.50 | Review and anaylze claim status of Naperville Animal Hospital adversary matter with J. Dash (.5). |
| 01/25/17 | SDM | 0.5 | $275.00 | $137.50 | Preparation of request for inspection of premises of Naperville Animal Hospital. |
| 01/25/17 | SDM | 2.4 | $275.00 | $660.00 | Review of adversary proceeding pleadings and rule 26 joint discovery plan; review and organization of all written discovery requests from all parties. |
| 01/30/17 | SDM | 0.2 | $275.00 | $55.00 | Discussion with J. Dash regarding statusand Naperville Animal Hospital (0.2). |
| 03/06/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with K. Larson for W.B. Olson regarding March 7th hearing on motion to compromise and attendance at same |
| 03/06/17 | JMD | 0.5 | $340.00 | $170.00 | Draft amended joint discovery plan and communications with opposing counsel S. Masters, M. Munley and B. Brotine regarding same |
| 03/07/17 | JMD | 0.3 | $340.00 | $102.00 | Draft revised discovery plan in Naperville Animal Hospital and communications to all counsel regarding same |
| 03/22/17 | JMD | 0.2 | $340.00 | $68.00 | Admin regarding Geosolar adversary -- completion of discovery responses |
| 03/22/17 | JMD | 0.1 | $340.00 | $34.00 | Review communications with GeoSolar attorney M. Munley and all counsel regarding discovery responses (.1) |
| 03/24/17 | SDM | 1.1 | $275.00 | $302.50 | Review of and revisions to draft responses to Geosolar's interrogatories and requests for production of documents. |
| 03/27/17 | SDM | 1.1 | $275.00 | $302.50 | Review and finalize responses to document requests and interrogatories from Geosolar, SACC, and Hinsdale Bank for Naperville Veterinary adversary matter. |
| 03/30/17 | JMD | 0.1 | $340.00 | $34.00 | Correspondence to P. Levey regarding ███ |
| 04/05/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ███ |
| 04/06/17 | SDM | 0.3 | $275.00 | $82.50 | Research pertaining to ███ |
| 04/12/17 | JMD | 0.2 | $340.00 | $68.00 | Initial review of Geosolar responses to discovery and admin regarding same |
| 04/12/17 | SDM | 0.4 | $275.00 | $110.00 | Phone call with trustee regarding status of discovery responses for Geosolar adversary matter. |
| 04/13/17 | SDM | 1.7 | $275.00 | $467.50 | Review and revise all discovery responses for Geosolar adversary matter per trustee's disclosure of additional information and witnesses. |

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 04/17/17 | JMD | 0.2 | $340.00 | $68.00 | Final review and signature on discovery responses to Geosolar, Hinsdale Bank and owner and e-mail correspondence to P. Levey |
| 04/17/17 | SDM | 0.9 | $275.00 | $247.50 | Review discovery responses from Geosolar and correspondence to counsel for same regarding incomplete responses (.5); review interrogatory responses for same (.4). |
| 04/17/17 | SDM | 0.3 | $275.00 | $82.50 | Review interrogatory responses for SACC, Springbrook for Geosolar adversary matter. |
| 04/19/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓ |
| 04/26/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with WB Olson attorney K. Larson regarding ▓ at request of P. Levey |
| 04/28/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with B. Larson (WB Olson attorney) regarding status of release, age of check and request to communications directly with trustee |
| 05/02/17 | SDM | 0.3 | $275.00 | $82.50 | Research regarding ▓ |
| 05/02/17 | SDM | 0.6 | $275.00 | $165.00 | Review status of discovery responses from all defendants in Geosolar adversary matter. |
| 05/03/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding ▓ |
| 05/10/17 | JMD | 0.2 | $340.00 | $68.00 | Planning for GeoSolar and owner discovery and possible motion practice regarding same |
| 05/19/17 | SDM | 0.4 | $275.00 | $110.00 | Review discovery scheduling order for Geosolar adversary matter; preparation of deposition notices for G. Valcour and P. Wolf |
| 05/22/17 | JMD | 0.3 | $340.00 | $102.00 | Plan for depositions of Geosolar and owner witnesses relative to document production and determine strategy regarding same |
| 05/22/17 | SDM | 0.5 | $275.00 | $137.50 | Review of initial disclosures from SACC in Geosolar adversary matter; correspondence to opposing counsel regarding whether documents withheld on account of any privilege or objection asserted. |
| 05/23/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with GeoSolar attorney M. Munley regarding G. Valcour deposition |
| 05/23/17 | SDM | 0.3 | $275.00 | $82.50 | Draft subpoena to P. Wolf and rider for same for deposition in Geosolar adversary matter. |
| 05/24/17 | SDM | 0.2 | $275.00 | $55.00 | Correspondence to opposing counsels in Geosolar adversary matter regarding responses to interrogatories and access to AEC laptop files. |
| 05/24/17 | SDM | 1.1 | $275.00 | $302.50 | Preparation of and revisions to motion to extend discovery deadlines in Geosolar matter; prepare draft order for same. |
| 05/24/17 | SDM | 1.1 | $275.00 | $302.50 | Review of SACC, Springbrook and Naperville responses to written discovery in Geosolar adversary matter; correspondence to counsel for same regarding computer of AEC and access to files for same. |
| 05/25/17 | JMD | 0.3 | $340.00 | $102.00 | Prepare for and telephone conference with C. Berard (for Naperville Animal Clinic) regarding possible settlement discussion |
| 05/25/17 | JMD | 0.3 | $340.00 | $102.00 | Telephone conference with P. Levey regarding ▓ |
| 05/26/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with Geosolar attorney M. Munley regarding G. Valcour deposition, timing, motion to extend and related matters |
| 05/30/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓ |
| 05/30/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with C. Berard for Naperville Animal Clinic regarding possible settlement offer (.2) |
| 05/30/17 | SDM | 2.1 | $275.00 | $577.50 | Review documents produced, objections, and disclosures produced by SACC, Springbrook, and Naperville regarding Geosolar adversary matter. |
| 06/01/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with GeoSolar attorney M. Munley regarding deposition of G. Valcour and admin regarding amended deposition notice for same |
| 06/01/17 | SDM | 0.1 | $275.00 | $27.50 | Prepare and send amended deposition notice for G. Valcour for Geosolar adversary matter. |
| 06/07/17 | SDM | 0.1 | $275.00 | $27.50 | Correspondence to opposing counsel for Geosolar adversary matter regarding non-service of subpoena for deposition of P. Wolf. |
| 06/14/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with C. Berard for Naperville Animal Hospital regarding possible settlement discussions |
| 06/15/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓ (.1) |
| 06/27/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with C. Berard for Naperville Animal Hospital regarding possible rescheduling of depositions pending advancement of settlement discussions and regarding status. |
| 06/27/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding ▓ |

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 06/28/17 | JMD | 0.2 | $340.00 | $68.00 | Telephone conference with C. Berard for Naperville Animal Hospital regarding [redacted] per P. Levey |
| 06/30/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with owner attorney C. Berard for owner and with M. Munley for GeoSolar regarding rescheduling of deposition while settlement discussions continue |
| 07/05/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with Naperville Animal Hospital counsel C. Berard regarding [redacted] and with P. Levey regarding [redacted] |
| 08/02/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with WB Olson attorney K. Larson regarding settlement check apparently lost in the mail and replacement of same |
| 08/03/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with C. Bedard for Naperville Animal Hospital regarding status of settlement negotiations |
| 08/07/17 | JMD | 0.2 | $340.00 | $68.00 | communications with Naperville Animal Hospital attorney C. Bedard regarding settlement of Geosolar matter and beginning documentation of same (.2) |
| 08/07/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with WB Olson counsel K. Larson regarding [redacted] and P. Levey regarding [redacted] |
| 08/11/17 | SDM | 0.6 | $275.00 | $165.00 | Review and revise settlement agreement for Geosolar adversary matter. |
| 08/16/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding receipt [redacted] |
| 10/03/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding [redacted] (.1), communications with opposing counsel C. Berard and M. Munley regarding same (.1) |
| 10/03/17 | JMD | 0.1 | $340.00 | $34.00 | Admin regarding filing of 9019 motion regarding GeoSolar and Naperville Animal Hospital |
| 10/27/17 | JMD | 0.1 | $340.00 | $34.00 | Receipt and review of order approving settlement with Naperville Animal Hospital and GeoSolar and admin regarding same |
| 01/08/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with C. Berard for Naperville Animal Hospital regarding status of that settlement (.1) |
| 01/17/18 | JMD | 1.3 | $340.00 | $442.00 | Prepare for and attend court hearing on pending motions and communications with P. Levey and J. Roth regarding [redacted] |
| 03/13/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with C. Berard for SACC regarding documents needed to complete settlement (.1). |
| 03/14/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with C. Bedard and P. Levey regarding [redacted] |
| 04/02/18 | JMD | 0.5 | $340.00 | $170.00 | Draft and revise correspondence to P. Levey and to C. Berard (for Naperville Animal Hospital) regarding [redacted] (.1) |
| 04/09/18 | SDM | 0.4 | $275.00 | $110.00 | Review file and revise, prepare, and file stipulation and dismissal order for Naperville Vet. adversary. |
| | | | Total | $9,660.00 | |

EXHIBIT C

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 10/25/16 | JMD | 1.7 | $340.00 | $578.00 | Prepare for and attend court hearing on status of adversary proceedings. |
| 12/13/16 | JMD | 2.0 | $340.00 | $680.00 | Prepare for and attend court hearing on status of Geosolar, MEPIS and W. B. Olson. |
| 03/07/17 | JMD | 1.6 | $340.00 | $544.00 | Prepare for and attend court hearing on status of various matters and pre- and post-hearing conferences with P. Levey and with opposing counsel on Naperville Animal Hospital matter. |
| 03/28/17 | JMD | 1.4 | $340.00 | $476.00 | Prepare for and attend court hearing on status. |
| 07/05/17 | JMD | 1.4 | $340.00 | $476.00 | Prepare for and attend court hearing on bank motion |
| 07/18/17 | JMD | 1.8 | $340.00 | $612.00 | Prepare for and attend court hearing on Geosolar, fee application and other matters and communications with P. Levey regarding ▓▓▓ |
| 08/30/17 | JMD | 1.6 | $340.00 | $544.00 | Prepare for (.2) and attend (1.4) court hearing on status of various matters and report Naperville Animal Hospital agreement to settle pending court approval |
| | | | Total | $3,910.00 | |

EXHIBIT D

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 10/03/16 | JMD | 0.2 | $340.00 | $0.00 | Communications with K. Idstein regarding summary requested by P. Levey to [redacted] (No Charge) |
| 10/04/16 | BRC | 0.6 | $175.00 | $105.00 | Conference with J. Dash regarding motion for to compromise and remaining issues in litigation. |
| 10/05/16 | BRC | 1.3 | $175.00 | $227.50 | Review prior application for attorney fee filings to ascertain court preferred billing categories; begin reviewing time entries for application for approval of attorney fees; begin drafting third application for attorneys' fees. |
| 10/06/16 | JMD | 0.5 | $340.00 | $170.00 | Communications with B. Cox regarding fee petition issues (.1); revise and edit draft motion to compromise WB Olson claim and correspondence to P. Levey regarding [redacted] (.2); telephone conference with P. Levey regarding [redacted] (.2) |
| 10/06/16 | BRC | 1.1 | $175.00 | $192.50 | Continue reviewing and categorizing fees and costs for application for approval of fees. |
| 10/07/16 | KAI | 2.1 | $110.00 | $231.00 | Begin review and preparation of interim fee application for 2016-01-01 thru 2016-09-30. |
| 10/10/16 | KAI | 1.5 | $110.00 | $165.00 | Continue working on application fee exhibits. |
| 10/11/16 | KAI | 0.6 | $110.00 | $66.00 | Continue working on fee application. |
| 10/13/16 | KAI | 1.0 | $110.00 | $110.00 | Complete review and revisions on AEC fee application and forward to B. Cox for review. |
| 10/14/16 | BRC | 2.0 | $175.00 | $350.00 | Review matter and litigation status (1.0); begin drafting third interim motion for approval of attorneys' fees (.7); organize fee review process (.3) |
| 10/21/16 | BRC | 1.6 | $175.00 | $280.00 | Continue drafting and organizing time logs for third interim attorneys' fees application. |
| 10/21/16 | JMD | 0.4 | $340.00 | $136.00 | Communications with P. Levey regarding [redacted] |
| 10/24/16 | BRC | 4.1 | $175.00 | $717.50 | Continue reviewing and organizing time entries for exhibits to third interim application for fees; continue drafting third interim application for fees. |
| 10/24/16 | KAI | 2.8 | $110.00 | $308.00 | Continue working on fee application and separate time by category and place on proper exhibit. |
| 10/25/16 | KAI | 2.4 | $110.00 | $264.00 | Complete fee application exhibits and forward to B. Cox and J. Dash for review. |
| 10/27/16 | BRC | 2.7 | $175.00 | $472.50 | Continue drafting third interim application for attorneys' fees including reviewing and categorizing time entries in accordance with court's prior requirements. |
| 10/31/16 | BRC | 1.7 | $175.00 | $297.50 | Continue reviewing and assessing hours and billing reports for exhibits to third interim application for attorneys' fees (.6); continue drafting and revising third interim application for payment of attorney fees (.5); conferences with K. Idstein regarding exhibit totals for classifications of certain services and fees (.6). |
| 11/16/16 | BRC | 0.5 | $175.00 | $87.50 | Review fee application exhibits and billing information; conference with K. Idstein regarding exhibits and classifications of time billed for drafting fee application. |
| 11/21/16 | BRC | 2.6 | $175.00 | $455.00 | Review and revise exhibits to correct discrepancies and errors for filing third interim motion to approve fees (1.9); continue drafting and revising third interim motion to approve fees (.7). |
| 11/28/16 | BRC | 0.8 | $175.00 | $140.00 | Continue assessing exhibits for third interim application for and drafting third interim application for fees. |
| 11/29/16 | BRC | 1.0 | $175.00 | $175.00 | Continue reviewing exhibit lists and time entries; confer with K. Idstein regarding court ordered classifications of time entries. |
| 12/02/16 | JMD | 0.7 | $340.00 | $238.00 | Prepare for (.1) and telephone conference with P. Levey regarding [redacted] (.6) |
| 12/02/16 | BRC | 0.4 | $175.00 | $70.00 | Continue review of exhibits and time classifications as previously requested by the court; advise K. Idstein regarding discrepancies and amendments. |
| 12/05/16 | BRC | 0.4 | $175.00 | $70.00 | Review revised exhibits for motion for third interim fee application and advise K. Idstein on additional revisions. |
| 12/13/16 | JMD | 0.2 | $340.00 | $68.00 | E-mail correspondence with P. Levey regarding [redacted] (.1) and [redacted] (.1) |
| 12/18/16 | JMD | 0.2 | $340.00 | $68.00 | Communications with K. Carlson regarding P. Levey request [redacted] |
| 12/19/16 | JMD | 0.1 | $340.00 | $34.00 | Communications with K. Carlson regarding P. Levey request [redacted] |
| 12/22/16 | JMD | 0.8 | $340.00 | $272.00 | Review and revise Third Interim fee application for filing and service. |
| 01/03/17 | JMD | 0.2 | $340.00 | $68.00 | [redacted] regarding P. Levey request for [redacted] |
| 01/08/17 | JMD | 0.1 | $340.00 | $34.00 | Draft responsive e-mail correspondence to P. Levey regarding [redacted] |
| 01/12/17 | JMD | 0.2 | $0.00 | $0.00 | Communications with P. Levey regarding [redacted] (No charge per J. Dash) |
| 01/16/17 | JMD | 1.3 | $340.00 | $442.00 | Review and finalize spreadsheet requested by P. Levey in connection with fee application and send to P. Levey (.9); communications with P. Levey regarding [redacted] (.4) |
| 01/17/17 | JMD | 0.3 | $340.00 | $102.00 | Communications with court personnel regarding 11/18 court hearing agenda (.2) and communications with P. Levey regarding [redacted] (.1) |
| 01/17/17 | JMD | 0.5 | $340.00 | $170.00 | Review Taxman case per P. Levey and [redacted] |
| 01/31/17 | JMD | 0.4 | $0.00 | $0.00 | E-mail correspondence to P. Levey regarding [redacted] (No charge per J. Dash) |
| 02/07/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding [redacted] |
| 03/22/17 | JMD | 0.1 | $340.00 | $34.00 | Review scheduling order from court (.1) |

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 03/27/17 | JMD | 0.3 | $340.00 | $102.00 | Review docket and prepare for March 28th court hearing |
| 03/28/17 | JMD | 0.3 | $340.00 | $102.00 | Communications with P. Levey (email and telephone conference) regarding ▓ (.3) |
| 03/29/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓ (.1); |
| 03/29/17 | SDM | 0.1 | $275.00 | $27.50 | Correspondence to trustee regarding ▓ |
| 04/05/17 | SDM | 0.1 | $275.00 | $27.50 | Correspondence to client regarding ▓ |
| 05/16/17 | KMC | 0.9 | $375.00 | $337.50 | E-mail correspondence from trustee (.1) and four such exchanges from and to bank's counsel (.8), ▓ n (3rd) which is slated for hearing on May 17th, 2017. |
| 05/16/17 | JMD | 0.4 | $340.00 | $136.00 | Telephone conference with P. Levey regarding ▓ (.2); prepare for hearing (.2) |
| 05/17/17 | KMC | 0.3 | $375.00 | $112.50 | Follow up on hearing on third fee application with J. Dash and impact on global settlement with bank |
| 05/25/17 | JMD | 0.3 | $340.00 | $102.00 | ▓ and e-mail correspondence to P. Levey regarding same |
| 05/30/17 | JMD | 1.9 | $340.00 | $646.00 | Prepare for and attend court hearing on motion to extend discovery and on fee application and follow-up regarding same (1.9) |
| 06/08/17 | KMC | 0.3 | $375.00 | $112.50 | Review of e-mail correspondence draft to P. Levey outlining settlement proposal, and revise same. |
| 06/09/17 | JMD | 0.2 | $340.00 | $68.00 | Review of strategy issues in connection with proposed settlement with bank and moving parts of GeoSolar and other open items |
| 06/12/17 | KMC | 0.2 | $375.00 | $75.00 | Conference with J. Dash regarding hearing on fee applications and trustee's and bank's ▓ |
| 06/13/17 | JMD | 0.8 | $340.00 | $272.00 | Finalize and send e-mail correspondence to P. Levey regarding ▓ (.3); prepare for and telephone conference with P. Levey ▓ (.3); locate and send settlement documents to P. Levey and e-mail correspondence regarding ▓ (.2) |
| 06/20/17 | JMD | 0.8 | $340.00 | $272.00 | Prepare for and telephone conference with P. Levey regarding ▓ (.4); draft e-mail correspondence to P. Levey regarding ▓ (.4) |
| 06/28/17 | KMC | 0.3 | $375.00 | $112.50 | Conference with J. Dash regarding objection to extension of time for fee objections on application long ago filed |
| 07/17/17 | JMD | 1.1 | $340.00 | $374.00 | Prepare for and telephone conference with P. Levey regarding strategy on various items and July 18th court hearing (.5); follow-up on requests and second call with P. Levey (.4); gather materials for P. Levey in response ▓ (.2) |
| 07/19/17 | JMD | 0.1 | $340.00 | $34.00 | Follow-up regarding P. Levey |
| 08/07/17 | JMD | 0.3 | $340.00 | $102.00 | Communications with P. Levey regarding ▓ (.3); |
| 08/07/17 | JMD | 0.3 | $340.00 | $102.00 | Communications with P. Levey regarding ▓ (.3); |
| 08/17/17 | SDM | 0.6 | $275.00 | $165.00 | Further revisions to settlement agreement for Geosolar adversary matter. |
| 08/17/17 | JMD | 0.7 | $340.00 | $238.00 | prepare for and telephone conference with P. Levey re ▓ (.5); review proposed changes to settlement agreement with Naperville Animal Hospital and add material to same and send draft to P. Levey (.2) |
| 08/18/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓ |
| 08/21/17 | JMD | 0.5 | $340.00 | $170.00 | Telephone conference with P. Levey regarding ▓ (.4); review initial draft of subpoena to Northwestern and comments regarding same (.1) |
| 08/21/17 | SDM | 0.3 | $275.00 | $82.50 | Draft subpoena to Northwestern for deposition related to lien claims and receivables. |
| 08/21/17 | SDM | 0.5 | $275.00 | $137.50 | Review opposing counsel edits of draft settlement agreement for Geosolar adversary matter and e-mail counsel regarding same. |
| 08/22/17 | JMD | 0.5 | $340.00 | $170.00 | Communications with P. Levey regarding ▓ |
| 08/23/17 | SDM | 1.0 | $275.00 | $275.00 | Review and revise subpoena for deposition to Northwestern and modify rider for same. |
| 08/23/17 | JMD | 0.2 | $340.00 | $68.00 | Review of proposed final settlement agreement with Naperville Animal Hospital and communications with P. Levey regarding ▓ |
| 08/23/17 | SDM | 0.3 | $275.00 | $82.50 | Review revised settlement agreement and exhibits to same for Geosolar adversary matter. |
| 08/23/17 | JMD | 0.3 | $340.00 | $102.00 | Review, revise, edit and add material to subpoena to Northwestern, Rule 30(b)(6) notice of deposition and exhibit of topics |
| 08/24/17 | JMD | 0.8 | $340.00 | $272.00 | Prepare for and telephone conference with P. Levey regarding ▓ |
| 08/25/17 | JMD | 0.1 | $340.00 | $34.00 | communications with P. Levey regarding ▓ (.1) |
| 08/28/17 | SDM | 0.2 | $275.00 | $55.00 | Correspondence to opposing counsel and trustee regarding settlement. |
| 08/28/17 | SDM | 1.5 | $275.00 | $412.50 | Draft and revise motion to compromise and exhibits and draft order for Geosolar adversary matter. |

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 08/29/17 | JMD | 0.4 | $340.00 | $136.00 | Revise, edit and add new material to draft motion to compromise and settle Geosolar adversary proceeding |
| 08/30/17 | JMD | 0.3 | $340.00 | $102.00 | Review and revise ▓ from P. Levey regarding ▓ and communications with P. Levey regarding ▓ |
| 08/30/17 | JMD | 0.2 | $340.00 | $68.00 | Finalize draft Rule 9019 motion regarding Geosolar and send to P. Levey for comments |
| 08/31/17 | SDM | 0.4 | $275.00 | $110.00 | Review and analyze settlement agreement for Northwestern's claims. |
| 08/31/17 | JMD | 1.5 | $340.00 | $510.00 | Draft settlement agreement with NU; P. Levey regarding ▓ |
| 09/05/17 | SDM | 1.2 | $275.00 | $330.00 | Preparation of draft lien waiver for Northwestern settlement (.3); preparation of 9019 motion and proposed order for same (.9). |
| 09/06/17 | JMD | 0.5 | $340.00 | $170.00 | Review, revise, edit and add material to draft Rule 9019 motion on Northwestern and communications to P. Levey regarding ▓ |
| 09/06/17 | SDM | 0.2 | $275.00 | $55.00 | Revisions to 9019 motion for Northwestern settlement and prepare for filing. |
| 09/07/17 | JMD | 1.2 | $340.00 | $408.00 | Prepare for and telephone conference with P. Levey regarding ▓ |
| 09/07/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓ |
| 09/11/17 | JMD | 0.5 | $340.00 | $170.00 | Communications with P. Levey regarding ▓ |
| 09/12/17 | JMD | 0.7 | $340.00 | $238.00 | Review and revise and finalize motion to approve NU settlement (.2); review agreement per P. Levey and communications with P. Levey and M. Linder regarding ▓ (.1) |
| 09/13/17 | JMD | 0.3 | $340.00 | $102.00 | Communications with P. Levey (.1) and M. Linder (.1) regarding ▓ (.4); receipt and consideration of revisions from M. Linder and forward to P. Levey |
| 09/20/17 | JMD | 0.2 | $340.00 | $68.00 | Review and revise proposed additional language in Rule 9019 motion and communications regarding ▓ (.1) |
| 09/21/17 | JMD | 0.4 | $340.00 | $136.00 | Review M. Linder correspondence regarding proposed order authorizing compromise (.1); communications to P. Levey regarding ▓ (.3) |
| 09/22/17 | JMD | 0.4 | $340.00 | $136.00 | Communications with M. Linder regarding text of proposed order, revisions and requirements of Rule 9019 and consideration of trustee position |
| 09/26/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓ |
| 09/27/17 | SDM | 0.2 | $275.00 | $55.00 | Revisions to 9019 order pursuant to discussions with trustee and Northwestern's counsel. |
| 09/27/17 | JMD | 0.7 | $340.00 | $238.00 | Prepare for and telephone conference with P. Levey regarding ▓ (.6); communications with P. Levey regarding ▓ (.1) |
| 10/04/17 | JMD | 0.3 | $340.00 | $102.00 | Appear early for pre-hearing meeting with P. Levey (.3); |
| 10/11/17 | SDM | 1.1 | $275.00 | $302.50 | Prepare motion for payment from accounts receivable and confer with J. Dash regarding same. |
| 10/11/17 | JMD | 0.4 | $340.00 | $136.00 | Revise and edit draft motion ▓ per P. Levey request and send same |
| 10/12/17 | JMD | 0.4 | $340.00 | $136.00 | Prepare for and telephone conference with P. Levey regarding ▓ (.4) |
| 10/13/17 | SDM | 0.2 | $275.00 | $55.00 | Review and revise motion to authorize payment and confer with J. Dash regarding same. |
| 10/13/17 | JMD | 0.8 | $340.00 | $272.00 | Draft material ▓ per P. Levey and ▓ (.2) |
| 10/16/17 | JMD | 0.2 | $340.00 | $68.00 | Review proposed exhibit on collections per P. Levey and prepare comments on same |
| 10/16/17 | SDM | 0.6 | $275.00 | $165.00 | Review of receivables collected and preparation of draft exhibit for motion to authorize payment. |
| 10/17/17 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓ |
| 10/24/17 | JMD | 1.5 | $340.00 | $510.00 | Telephone conference with P. Levey regarding ▓ (.1); prepare for and conference call with P. Levey and C. Baum regarding ▓ (.5); follow-up call with P. Levey regarding ▓ (.1); Draft revised motion per P. Levey (.8) |
| 10/25/17 | JMD | 1.0 | $340.00 | $340.00 | Review proposed final settlement agreement (.2); revise and edit draft motion per comments of C. Baum and P. Levey (.5); telephone conference with P. Levey regarding ▓ (.3) |
| 10/25/17 | SDM | 0.4 | $275.00 | $110.00 | Review exhibits for and revise order for motion to authorize payment. |
| 10/31/17 | JMD | 0.5 | $340.00 | $170.00 | Review draft order regarding GeoSolar adversary dismissal (.1) and admin regarding same (.1); revise and edit draft motion to ▓ per P. Levey and communications with P. Levey regarding ▓ (.3) |
| 11/02/17 | JMD | 0.3 | $340.00 | $102.00 | Telephone conference with P. Levey |

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 11/08/17 | JMD | 1.1 | $340.00 | $374.00 | Draft stipulation and agreed order dismissing GeoSolar matter (.2); revise and edit draft motion to communications with P. Levey regarding ▓▓ (.7); draft proposed order approving same (.2) |
| 11/09/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with C. Baum and P. Levey regarding ▓▓ |
| 11/16/17 | JMD | 0.2 | $340.00 | $68.00 | Prepare for and telephone conference with P. Levey regarding ▓▓ |
| 11/29/17 | JMD | 0.5 | $340.00 | $170.00 | Consider and draft amendment to ▓▓ and communications with P. Levey and C. Baum regarding ▓▓ |
| 11/30/17 | JMD | 0.8 | $340.00 | $272.00 | Revise and edit draft settlement agreement with CBOP and Trustee and communications with C. Baum and P. Levey regarding ▓▓ |
| 12/20/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey regarding ▓▓ |
| 12/20/17 | JMD | 0.5 | $340.00 | $170.00 | Consider issues raised by P. Levey regarding ▓▓ |
| 12/20/17 | JMD | 1.0 | $340.00 | $340.00 | Consider revisions to agreement based on post-hearing discussions with P. Levey and A. Rosenthal, make changes to agreement and motion to approve same and additional communications with P. Levey and A. Rosenthal regarding ▓▓ |
| 12/21/17 | JMD | 0.1 | $340.00 | $34.00 | Telephone conference with P. Levey regarding ▓▓ |
| 12/22/17 | JMD | 0.2 | $340.00 | $68.00 | Communications with P. Levey and A. Rosenthal regarding ▓▓ |
| 12/26/17 | JMD | 0.3 | $340.00 | $102.00 | Draft correspondence to P. Levey regarding ▓▓ |
| 12/28/17 | JMD | 0.4 | $340.00 | $136.00 | Telephone conference with P. Levey regarding ▓▓ (.2); draft e-mail correspondence to P. Levey regarding ▓▓ |
| 12/28/17 | JMD | 0.2 | $340.00 | $68.00 | Draft ▓▓ at P. Levey request |
| 01/12/18 | JMD | 0.8 | $340.00 | $272.00 | Make proposed final changes to motion, exhibits and settlement agreement and communications with P. Levey and A. Rosenthal regarding ▓▓ |
| 01/16/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓▓ |
| 01/17/18 | JMD | 0.3 | $340.00 | $102.00 | Follow up and amendment of motion after hearing per court directive and transmit to bank counsel and trustee for approval |
| 01/18/18 | JMD | 0.1 | $340.00 | $34.00 | Follow-up with P. Levey regarding ▓▓ |
| 02/28/18 | JMD | 0.5 | $340.00 | $170.00 | Communications with P. Levey and review of schedules and motion (.5) |
| 03/15/18 | JMD | 0.1 | $340.00 | $34.00 | Communications with P. Levey regarding ▓▓ |
| 04/02/18 | KAI | 0.6 | $110.00 | $66.00 | Commence draft of final fee applications and run reports for fees and costs. |
| 04/03/18 | KAI | 1.6 | $110.00 | $176.00 | Continue working on final fee application and exhibits for same. |
| 04/04/18 | KAI | 1.2 | $110.00 | $132.00 | AEC - Continue drafting exhibits for final fee application. |
| 04/05/18 | JMD | 0.5 | $340.00 | $170.00 | Review initial drafts of exhibits and begin drafting/revising final fee application |
| 04/18/18 | JMD | 0.4 | $340.00 | $136.00 | Follow-up with A. Rosenthal regarding ▓▓ per P. Levey and communications with P. Levey regarding ▓▓ (.2); communications with other trustee counsel regarding ▓▓ |
| 04/19/18 | JMD | 0.5 | $340.00 | $170.00 | Communications with P. Levey (and A. Rosenthal) regarding ▓▓ claim review agreement regarding ▓▓ and separate communications with P. Levey regarding revision |
| 04/19/18 | JMD | 0.1 | $340.00 | $34.00 | Admin regarding document review by J. Ziegler |
| | | | **Total** | **$21,207.50** | |

EXHIBIT E

| Date | Prof | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 05/17/17 | JMD | 1.3 | $340.00 | $442.00 | Prepare for and attend court hearing on fee application |
| 10/04/17 | JMD | 1.4 | $340.00 | $476.00 | Attend court hearing on various motions and status (1.4) |
| 10/25/17 | JMD | 1.8 | $340.00 | $612.00 | Prepare for and attend court hearing on all pending matters and conferences with Trustee and Bank attorney C. Baum regarding potential final resolution |
| 11/29/17 | JMD | 1.7 | $340.00 | $578.00 | Attend court hearing |
| 12/20/17 | JMD | 1.4 | $340.00 | $476.00 | Prepare for and attend court hearing on status and pending matters and continuing conferences with P. Levey and A. Rosenthal regarding ████ |
| 02/28/18 | JMD | 1.2 | $340.00 | $408.00 | attend (1.2) court hearing on pending motions, including resolution of bank claim |
| | | | Total | $2,992.00 | |

EXHIBIT F

| Date | Paid To | Explanation | Amount |
|---|---|---|---|
| 01/17/17 | Carlson Dash, LLC | Copies | $37.20 |
| 01/24/17 | Carlson Dash, LLC | Copies | $35.88 |
| 01/31/17 | Carlson Dash, LLC | Postage | $47.10 |
| 06/06/17 | Judicial Attorney Services, Inc. | | $69.00 |
| 04/01/18 | FedEx | FedEx | $15.64 |
| 04/02/18 | FedEx | FedEx | $31.44 |
| 04/02/18 | FedEx | FedEx | $15.67 |
| | | Total | $251.93 |

### AR Collections

| Prof | Hours | Rate | Amount |
|---|---|---|---|
| KMC | 8.5 | $375.00 | $3,187.50 |
| JMD | 47.2 | $340.00 | $16,048.00 |
| SDM | 23.2 | $275.00 | $6,380.00 |
| | 78.9 | Total | $25,615.50 |

### AP Case Work

| Prof | Hours | Rate | Amount |
|---|---|---|---|
| JMD | 14.5 | $340.00 | $4,930.00 |
| SDM | 17.2 | $275.00 | $4,730.00 |
| | 31.7 | Total | $9,660.00 |

### Time in Court - AP

| Prof | Hours | Rate | Amount |
|---|---|---|---|
| JMD | 11.5 | $340.00 | $3,910.00 |
| | | Total | $3,910.00 |

### Professional Fees

| Prof | Hours | Rate | Amount |
|---|---|---|---|
| KMC | 2 | $375.00 | $750.00 |
| JMD | 38.6 | $340.00 | $13,124.00 |
| SDM | 8.9 | $275.00 | $2,447.50 |
| BRC | 20.8 | $175.00 | $3,640.00 |
| KAI | 13.8 | $110.00 | $1,518.00 |
| | | Total | $21,479.50 |

### Time in Court - Prof Fees

| Prof | Hours | Rate | Amount |
|---|---|---|---|
| JMD | 8.8 | $340.00 | $2,992.00 |
| | | Total | $2,992.00 |

| Prof | Hours | Rate | Amount |
|---|---|---|---|
| KMC | 10.5 | $375.00 | $3,937.50 |
| JMD | 120.6 | $340.00 | $40,732.00 |
| SDM | 49.3 | $275.00 | $13,557.50 |
| BRC | 20.8 | $175.00 | $3,640.00 |
| KAI | 13.8 | $110.00 | $1,518.00 |
| Grand Total | 215 | | $63,385.00 |