## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
AEC ELECTRIC CORP.,                 §        Case No. 14-45427
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey _____

                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank | | | | | |
| | Community Bank of Oak Park River Forest 1001 Lake Street Oak Park, IL 60301 | | | | | |
| | Des Plaines Office Equipment 1020 Bonaventure Drive Niles, IL 60714 | | | | | |
| | RBS/Citizens Bank PO Box 42113 Providence, RI 02940 | | | | | |
| 000007 | COMMUNITY BANK OF OAK PARK RIVERFOR | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:LEVEY, PHILLIP D. | | | | | |
| TRUSTEE EXPENSES:LEVEY, PHILLIP D. | | | | | |
| ARTHUR B. LEVINE CO., INC. | | | | | |
| TECHNOLOGY SUPPORT & SOLUTIONS, INC | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| CORNERSTONE SOLUTIONS, INC. | | | | | |
| VERITEXT MIDWEST | | | | | |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):LEVEY, PHILLIP D. | | | | | |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):CARLSON DASH, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SAUL EWING ARNSTEIN & LEHR, LLP | | | | | |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):CARLSON DASH, LLC | | | | | |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SAUL EWING ARNSTEIN & LEHR, LLP | | | | | |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):CARLSON DASH, LLC | | | | | |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):SAUL EWING ARNSTEIN & LEHR, LLP | | | | | |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):CARLSON DASH, LLC | | | | | |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SAUL EWING ARNSTEIN & LEHR, LLP | | | | | |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):KUTCHINS, ROBBINS & DIAMOND, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Electrical Insurance Trustees 221 North La Salle Drive Chicago, IL 60601 | | | | | |
| | Paychex, Inc. 230 West Monroe Street #1020 Chicago, IL 60606 | | | | | |
| 000012A | NATIONAL ELECTRICAL BENEFIT FUND | | | | | |
| 000019 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018-A | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 000020 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADI | | | | | |
| | AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | | | | | |
| | Accu-Tech 1495 Hembree Road, Suite 100 Roswell, GA 30076 | | | | | |
| | Bank of America PO Box 15220 Wilmington, DE 19886-5220 | | | | | |
| | Blueprint Shoppe 5128 N. Elston Chicago, IL 60630 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bright Electrical Supply Co. 217 N. Western Ave. Chicago, IL 60612 | | | | | |
| | Brook Electrical Distribution 62393 Collections Center Dr. Chicago, IL 60693 | | | | | |
| | Butler Coring Inc. 1350 Tri-State Parkway Gurnee, IL 60031 | | | | | |
| | C.W. Olson & Company 1701 Golf Road, Tower 3 Rolling Meadows, IL 60008 | | | | | |
| | CSC Communication Supply 3462 Solution Center Dr. Chicago, IL 60677-3004 | | | | | |
| | Centric Corporation 10245 Summerwind Dr. Boise, ID 83704 | | | | | |
| | Chase Auto Finance PO Box 9001801 Louisville, KY 40290-1801 | | | | | |
| | Chase Bank Saint Louis, MO 63179 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Dept. of Buildings/License & Regist 120 N. Ra Chicago, IL 60607 | | | | | |
| | Comcast PO Box 3001 Southeastern, PA 19398-3001 | | | | | |
| | Commitment Forms & Graphics PO Box 554 Elmhurst, IL 60126 | | | | | |
| | Common Sense Solutions 200 W. 22nd St., #202 Lombard, IL 60148 | | | | | |
| | Cornerstone Solutions 901 W. Jackson Blvd., #402 Chicago, IL 60607 | | | | | |
| | Crescent Electric Supply Co. PO Box 500 East Dubuque, IL 61025-4420 | | | | | |
| | Dell Business Credit Payment Processing Center PO Box Carol Stream, IL 60197-5275 | | | | | |
| | Des Plaines Office Equipment 1020 Bonaventure Drive Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diamond Rigging Cororation 680 Kingsland Drive Batavia, IL 60510 | | | | | |
| | Dude Electrical Testing, LLC 145 Tower Drive, Unit 9 Willowbrook, IL 60527 | | | | | |
| | Fire & Security Specialist 4830 W. 128th Place Avera, GA 30803 | | | | | |
| | First Communications Globalcom, Inc. PO Box Columbus, OH 43218-2263 | | | | | |
| | First Security Systems, Inc. 1811 High Grove Lane, #1 Naperville, IL 60540 | | | | | |
| | Forces, Inc. 31W350 Diehl Road Naperville, IL 60563-9630 | | | | | |
| | Fuller Construction, LLC 1579 King George Court Palatine, IL 60067 | | | | | |
| | G&W Electric Company 25249 Network Place Chicago, IL 60673-1252 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Garvey's Office Products 7500 N. Caldwell ave. Niles, IL 60714 | | | | | |
| | Graybar Electric Co., Inc. 12431 Collections Center Drive. Chicago, IL 60693 | | | | | |
| | Gus Berthold Electric Company 1900 W. Carroll Ave. Chicago, IL 60612 | | | | | |
| | Helical Pier Solution, Inc. Box 311 Wilmot, WI 53192 | | | | | |
| | High Voltage Electric, Inc. 102 N. Fifth Ave. Saint Charles, IL 60174 | | | | | |
| | Hinckley Springs PO Box 660579 Dallas, TX 75266-0579 | | | | | |
| | Home Depot Credit Card Department 32-2541898825 PO Box 18 Columbus, OH 43218-3176 | | | | | |
| | Howard Goldfine | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Secretary of State Dept. of Business Services 501 S. Se Springfield, IL 62756 | | | | | |
| | Jack's Inc. 6638-42 W. 26th Street Berwyn, IL 60402 | | | | | |
| | L.N.P. Development 1052 S. Chestnut Ave. Arlington Heights, IL 60005 | | | | | |
| | LeMoi Hardware | | | | | |
| | Lead Industries, Inc. 5601 W. Howard St. Niles, IL 60714 | | | | | |
| | Liberty Mutual Insurance Co. 25761 Network Place Chicago, IL 60673-1257 | | | | | |
| | LoVerde Construction 800 S. Milwaukee Ave. Wheeling, IL 60090 | | | | | |
| | Marciano Underground LLC 8525 W. 191st St., Unit 32 Mokena, IL 60448 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marshall Electric Supply, Inc. 7400 N. Western Ave. Chicago, IL 60645 | | | | | |
| | McCann 543 S. Rohlwing Rd. (Route 53) Addison, IL 60101-4284 | | | | | |
| | Metropolitan Industries, Inc. 37 Forestwood Drive Romeoville, IL 60446 | | | | | |
| | Midwest Fence Corporation 900 N. Kedzie Ave. Chicago, IL 60651-4187 | | | | | |
| | Millennium Contracting Corp. 1841 S. Calumet Ave., #120 Chicago, IL 60616 | | | | | |
| | Mine Safety Appliances 8047 W. 185th St. Tinley Park, IL 60487 | | | | | |
| | Nat'l Electrical Benefit FUnd Chicago & Cook County EBB #16 Five West Westchester, IL 60154 | | | | | |
| | Nicor PO Box 5407 Carol Stream, IL 60197-5407 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Niles Police Department 7000 W. Touhy Niles, IL 60714-4393 | | | | | |
| | Paramount Electric Supply, Inc. 75 Remittance Drive Dept. 6659 Chicago, IL 60675-6659 | | | | | |
| | Siemens Industry, Inc. c/o Citibank (Bldg Tech) PO Box Carol Stream, IL 60132-2134 | | | | | |
| | Simplex Grinnell Dept. CH 10320 Palatine, IL 60055-0320 | | | | | |
| | Sub Surface Vision Inc. 1161 W. Frank St. Beecher, IL 60401 | | | | | |
| | Village of Niles Regional Processing Center PO Box Carol Stream, IL 60197-4006 | | | | | |
| | Weltman Bernfield LLC 485 E. Half Day Road, #250 Buffalo Grove, IL 60089-8806 | | | | | |
| 000006 | C.W. OLSON & COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | CRP HOLDINGS C, L.P. | | | | | |
| 000008 | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000003 | GREATAMERICA FINANCIAL SERVICES COR | | | | | |
| 000005 | METROPOLITAN INDUSTRIES, INC. | | | | | |
| 000012B | NATIONAL ELECTRICAL BENEFIT FUND | | | | | |
| 000013 | NORTHWESTERN UNIVERSITY | | | | | |
| 000011 | PAUL HORAK | | | | | |
| 000009 | PAYCHEX INC | | | | | |
| 000001 | PENSKE TRUCK LEASING CO., L.P. | | | | | |
| 000004 | SIMPLEXGRINNELL | | | | | |
| 000002 | SPRINT CORP. | | | | | |
| 000014 | NORTHWESTERN UNIVERSITY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | NORTHWESTERN UNIVERSITY | | | | | |
| 000016 | NORTHWESTERN UNIVERSITY | | | | | |
| 000017 | NORTHWESTERN UNIVERSITY | | | | | |
| 000018-B | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

| Case No: | 14-45427   TAB   Judge: TIMOTHY A. BARNES | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | AEC ELECTRIC CORP., | | Date Filed (f) or Converted (c): | 12/22/14 (f) |
| | | | 341(a) Meeting Date: | 02/06/15 |
| For Period Ending: 03/31/20 | | | Claims Bar Date: | 08/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| Checking account no. ending 0161 Community Bank of Oak Park/River Forest 1001 Lake St. Oak Park, IL (account swept by bank) | | | | | |
| 2. Security Deposits | 3,000.00 | 0.00 | | 0.00 | FA |
| Security deposit with Colliers International (landlord) 8120 Lehigh Ave. Morton Grove, IL 60503 | | | | | |
| 3. Accounts Receivable | 1,100,000.00 | 0.00 | | 507,009.54 | FA |
| Accounts receivable subject to lien in favor of Bank in excess of value. Pursuant to agreement with Bank, retained Carlson Dash law firm to institute litigation to collect accounts receivable with a carve-out for costs of administration and general unsecured creditors. | | | | | |
| 4. 2011 Jeep Cherokee | 19,000.00 | 0.00 | | 0.00 | FA |
| 2011 Jeep Cherokee | | | | | |
| 5. 2013 Jeep Cherokee | 22,000.00 | 0.00 | | 0.00 | FA |
| 2013 Jeep Cherokee | | | | | |
| 6. Office Equipment | 12,000.00 | 0.00 | | 0.00 | FA |
| 6 work stations, 6 computers | | | | | |
| 7. Machinery and Supplies | 20,000.00 | 0.00 | | 0.00 | FA |
| Liquidation value Hydraulic benders Cable pullers Audio visual instrumentation meters High voltage hypot instruments Miscellaneous conduit benders Hydraulic cable cutters Hudraulic 20 foot lifts Ladders, vices and small hand tools Battery and power hand drills | | | | | |
| 8. Trustee v. Dean Baba (u) | 0.00 | 4,500.00 | | 4,500.00 | FA |
| Fraudulent conveyance claim re 2003 BMW 330ci. | | | | | |
| 9. Trustee v. Matthew Baba (u) | 0.00 | 18,000.00 | | 18,000.00 | FA |
| Fraudulent conveyance claim re 2008 BMX X5 SUV. | | | | | |
| 10. State of Illinois-Unclaimed Property Payment (u) | 0.00 | 1,626.00 | | 1,626.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit 8

| Case No: | 14-45427 | TAB | Judge: TIMOTHY A. BARNES |
| Case Name: | AEC ELECTRIC CORP., | | |

| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 12/22/14 (f) |
| 341(a) Meeting Date: | 02/06/15 |
| Claims Bar Date: | 08/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Trustee v. Brendan Conway (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| Fraudulent transfer of 2008 Chevrolet Tahoe LT. | | | | | |
| 12. Trustee v. Avondale Electric (u) | 0.00 | 8,330.00 | | 8,330.00 | FA |
| Preference action. | | | | | |
| 13. Trustee v. Consolidated Electrical d/b/a Efengee (u) | Unknown | 0.00 | | 9,000.00 | FA |
| Preference Action. | | | | | |
| 14. Trustee v. W.B. Olson, Inc. | 28,731.58 | 0.00 | | 15,542.38 | FA |
| Accounts receivable subject to lien in favor of Bank in excess of value. Pursuant to agreement with Bank, retained Carlson Dash law firm to institute litigation to collect accounts receivable with a carve-out for costs of administration and general unsecured creditors. | | | | | |
| 15. Trustee v. Communication Supply Corp. (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| Preference/fraudulent conveyance action. | | | | | |
| 16. Trustee v. Geosolar Energy Farm, Inc., et al. | 187,506.23 | 55,000.00 | | 55,000.00 | FA |
| Accounts receivable subject to lien in favor of Bank in excess of value. Pursuant to agreement with Bank, retained Carlson Dash law firm to institute litigation to collect accounts receivable with a carve-out for costs of administration and general unsecured creditors. | | | | | |
| 17. Trustee v. Paramount (u) | 0.00 | 149,942.39 | | 50,000.00 | FA |
| Preference action. | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,392,237.81 | $255,398.39 | | $687,007.92 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-45427    TAB    Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
| Case Name: | AEC ELECTRIC CORP., | Date Filed (f) or Converted (c): | 12/22/14 (f) |
| | | 341(a) Meeting Date: | 02/06/15 |
| | | Claims Bar Date: | 08/12/15 |

UST review of TFR.

Initial Projected Date of Final Report (TFR): 03/31/17        Current Projected Date of Final Report (TFR): 03/01/20

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-45427 -TAB |
| Case Name: | AEC ELECTRIC CORP., |

| | |
|---|---|
| Taxpayer ID No: | *******5897 |
| For Period Ending: | 10/12/20 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5133  Checking |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/15 | 8 | Dean A. Baba | Settlement | 1241-000 | 4,500.00 | | 4,500.00 |
| 07/28/15 | 3 | Frank H. Stowell & Sons, Inc. 8150 Central Park Avenue Skokie, IL 60076 | ACCOUNTS RECEIVABLE | 1121-000 | 13,221.23 | | 17,721.23 |
| 07/28/15 | 3 | Geosolar Energy Farm Inc. 15W271 91st Street Burr Ridge, IL 60527 | ACCOUNTS RECEIVABLE | 1121-000 | 1,453.18 | | 19,174.41 |
| 08/02/15 | 9 | Matthew Baba | SALE/SETTLEMENT | 1241-000 | 18,000.00 | | 37,174.41 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 37,164.41 |
| 08/16/15 | 3 | Knudsen Construction, Inc. 1440 Huntington Drive Calumet City, IL 60409 | ACCOUNTS RECEIVABLE | 1121-000 | 4,269.23 | | 41,433.64 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.72 | 41,377.92 |
| 09/24/15 | 3 | Klass Electric Company 101 Kelly Unit C Elk Grove Village, IL 60007 | ACCOUNTS RECEIVABLE | 1121-000 | 10,054.80 | | 51,432.72 |
| 10/04/15 | 3 | Combined Mechanical Industries, LLC 6321 W. Dempster St.-Unit 277 Morton Grove, IL 60053 | ACCOUNTS RECEIVABLE | 1121-000 | 6,913.00 | | 58,345.72 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.91 | 58,282.81 |
| 10/12/15 | 3 | Riley Construction 5301 99th Avenue | ACCOUNTS RECEIVABLE | 1121-000 | 40,083.07 | | 98,365.88 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.75 | 98,242.13 |
| 11/09/15 | 10 | Leslie Geissler Munger Comptroller - State of Illinois | Unclaimed Property Payment | 1290-000 | 1,626.00 | | 99,868.13 |
| 11/09/15 | 3 | Klass Electric Company 101 Kelly Unit C Elk Grove Village, IL | ACCOUNTS RECEIVABLE | 1121-000 | 350.00 | | 100,218.13 |

| | | Page Subtotals | 100,470.51 | 252.38 |
|---|---|---|---|---|

Ver: 22.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| | |
|---|---|
| Case No: | 14-45427  -TAB |
| Case Name: | AEC ELECTRIC CORP., |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5133  Checking |

Taxpayer ID No: *******5897
For Period Ending: 10/12/20

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/15 | 3 | Northwestern University<br>2020 Ridge Ave.<br>Evanston, IL  60208 | ACCOUNTS RECEIVABLE<br>Settlement per Order dated 10-13-15. | 1121-000 | 41,844.44 | | 142,062.57 |
| 11/09/15 | 3 | CJE Senior Life<br>3003 West Touhy Ave.<br>Chicago, IL | ACCOUNTS RECEIVABLE | 1121-000 | 2,554.00 | | 144,616.57 |
| 11/10/15 | 3 | Rex Electric & Technologies, LLC<br>200 W. Monroe Street-Suite 1700<br>Chicago, IL  60606 | ACCOUNTS RECEIVABLE | 1121-000 | 575.75 | | 145,192.32 |
| 11/19/15 | 3 | Verna Stovall<br>One E. Schiller<br>Chicago, IL | ACCOUNTS RECEIVABLE | 1121-000 | 250.00 | | 145,442.32 |
| 11/19/15 | 3 | Donna Moore<br>1 E. Schiller<br>Chicago, IL | ACCOUNTS RECEIVABLE | 1121-000 | 250.00 | | 145,692.32 |
| 11/24/15 | 010001 | Carlson Dash, LLC<br>216 South Jefferson Street<br>Chicago, IL  60661 | Special Counsel Fees<br>Special Counsel Fees per Order dated November 18, 2015. | 3210-000 | | 77,195.80 | 68,496.52 |
| 11/24/15 | 010002 | Carlson Dash, LLC<br>216 South Jefferson Street<br>Chicago, IL  60661 | Special Counsel Expenses<br>Special Counsel Expenses per Order dated November 18, 2015. | 3220-000 | | 3,400.11 | 65,096.41 |
| 11/24/15 | 010003 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Trustee Compensation<br>Trustee compensation pursuant to Orders dated October 27, 2015, and August 19, 2015, re Collections Distribution Agreement with Bank. | 2100-000 | | 8,340.94 | 56,755.47 |
| 11/24/15 | 010004 | Community Bank of Oak Park River Forest<br>1001 Lake Street<br>Oak Park, IL  60301 | Receivables Distribution<br>Payment to Bank pursuant to Orders dated October 27, 2015, and August 19, 2015, re Collections Distribution Agreement with Bank re accounts receivable collections. | 4210-000 | | 29,040.92 | 27,714.55 |

Page Subtotals          45,474.19          117,977.77

Ver: 22.02f

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 14-45427  -TAB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | AEC ELECTRIC CORP., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5133  Checking |
| Taxpayer ID No: | *******5897 | | | |
| For Period Ending: | 10/12/20 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 167.93 | 27,546.62 |
| 12/08/15 | 010005 | Cornerstone Solutions, Inc. 901 West Jackson Blvd. - Suite 402 Chicago, IL  60607 | Computer Software Consultant Consulting services re Sage accounting program to generate invoices re pre-petition work. | 2990-000 | | 591.00 | 26,955.62 |
| 12/20/15 | 3 | One East Schiller One East Schiller Chicago, IL  60610 | ACCOUNTS RECEIVABLE | 1121-000 | 570.00 | | 27,525.62 |
| 12/20/15 | 3 | G.A. Johnson & Son 828 Foster Street Evanston, IL  60201 | ACCOUNTS RECEIVABLE | 1121-000 | 7,881.00 | | 35,406.62 |
| 12/20/15 | 3 | G.A. Johnson & Son 828 Foster Street Evanston, IL  60201 | ACCOUNTS RECEIVABLE Reimbursement of Costs | 1121-000 | 350.00 | | 35,756.62 |
| 12/20/15 | 3 | Knudsen Constructfon, Inc. 1440 Huntington Drive Calumet City, IL  60409 | ACCOUNTS RECEIVABLE Reimbrusement of Costs | 1121-000 | 780.00 | | 36,536.62 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.77 | 36,455.85 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.21 | 36,401.64 |
| 02/29/16 | 010006 | Arthur B. Levine Co., Inc. 370 Lexington Avnue Suite 1101 New York, NY  10017 | TRUSTEE'S BOND | 2300-000 | | 27.15 | 36,374.49 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.62 | 36,323.87 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.01 | 36,269.86 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.18 | 36,217.68 |
| 05/18/16 | 11 | Albert Baba | SETTLEMENT | 1249-000 | 10,000.00 | | 46,217.68 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.56 | 46,157.12 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.41 | 46,090.71 |
| 07/24/16 | 010007 | Veritext Midwest | Court Reporter | 2990-000 | | 155.00 | 45,935.71 |

Page Subtotals    19,581.00    1,359.84

Ver: 22.02f

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:   14-45427 -TAB
Case Name:   AEC ELECTRIC CORP.,

Trustee Name:   Phillip D. Levey
Bank Name:   ASSOCIATED BANK
Account Number / CD #:   *******5133  Checking

Taxpayer ID No:   *******5897
For Period Ending:   10/12/20

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1 North Franklin Street - Suite 3000 Chicago, IL 60606 | Rule 2004 of Edward Baba | | | | |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.53 | 45,867.18 |
| 08/08/16 | 010008 | Technology Support & Solutions, Inc. 123 West Madison Street Suite 500 Chicago, IL 60602 | Computer Hosting Services Invoice Nos. 8275, 8336 and 8428 for period May 11, 2016, thru August 10, 2016. | 2410-000 | | 60.00 | 45,807.18 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.13 | 45,739.05 |
| 09/15/16 | 3 | MEP Infrastructure Solutions, Inc. 180 North Stetson #1500 Chicago, IL 60601 | ACCOUNT RECEIVABLE Settlement of Trustee v. MEP Infrastructure Solutions, Inc. per Order dated 6/29/16. | 1121-000 | 19,496.84 | | 65,235.89 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.77 | 65,155.12 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 96.86 | 65,058.26 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 93.60 | 64,964.66 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 96.58 | 64,868.08 |
| 01/13/17 | 010009 | Technology Support & Solutions, Inc. 123 West Madison Street - Suite 500 Chicago, IL 60602 | Computer maintenace and hosting. Invoice Nos. 8105, 8520, 8593, 8665, 8738 and 8804 re computer maintenance and hosting. | 2410-000 | | 593.20 | 64,274.88 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 96.05 | 64,178.83 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.19 | 64,092.64 |
| 03/23/17 | 010010 | International Sureties, Ltd. 701 Poydras St. - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 19.79 | 64,072.85 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.28 | 63,977.57 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 92.05 | 63,885.52 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.97 | 63,790.55 |
| 06/19/17 | 12 | Avondale Electric 1475 Brummel Ave. Elk Grove Village, IL | SETTLEMENT Settlement per Order dated 5-30-17. | 1241-000 | 8,330.00 | | 72,120.55 |

Page Subtotals   27,826.84   1,642.00

Ver: 22.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 14-45427 -TAB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | AEC ELECTRIC CORP., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5133 Checking |
| Taxpayer ID No: | *******5897 | | | |
| For Period Ending: | 10/12/20 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 06/19/17 | 13 | Consolidated Electrical Distributors 4775 Centennial Blvd. Suite 180 Colorado Springs, CO | SETTLEMENT Settlement per Order dated 5-30-17. | 1241-000 | 9,000.00 | | 81,120.55 |
| | 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 100.89 | 81,019.66 |
| | 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 120.46 | 80,899.20 |
| | 08/09/17 | 14 | W.B. Olson, Inc. 3235 Arnold Lane Northbrook, IL | SETTLEMENT OF ACCOUNT RECEIVABLE | 1121-000 | 15,542.38 | | 96,441.58 |
| | 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 137.41 | 96,304.17 |
| | 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.57 | 96,165.60 |
| | 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.96 | 96,022.64 |
| | 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.16 | 95,884.48 |
| * | 12/21/17 | 010011 | Saul Ewing Arnstein & Lehr, LLP f/k/a Arnsetin & Lehr, LLP 161 North LaSalle Street Suite 4200 Chicago, IL  60601 | Trustee's Special Counsel Fees Interim attorney fees per Order dated December 20, 2017. | 3210-003 | | 7,545.20 | 88,339.28 |
| | 12/21/17 | 010012 | Saul Ewing Arnstein & Lehr, LLP f/k/a Arnsetin & Lehr, LLP 161 North LaSalle Street Suite 4200 Chicago, IL  60601 | Trustee's Special Counsel Expenses Reimbursement of costs advanced per Order dated December 20, 2017. | 3220-000 | | 1,768.33 | 86,570.95 |
| * | 12/26/17 | 010011 | Saul Ewing Arnstein & Lehr, LLP f/k/a Arnsetin & Lehr, LLP 161 North LaSalle Street Suite 4200 Chicago, IL  60601 | Trustee's Special Counsel Fees Check issued in incorrect amount. Check reissued in correct amount. | 3210-003 | | -7,545.20 | 94,116.15 |
| | 12/26/17 | 010013 | Saul Ewing Arnstein & Lehr, LLP f/k/a Arnsetin & Lehr, LLP | Trustee's Special Counsel Fees Interim attorney fees per Order dated December 20, | 3210-000 | | 5,776.67 | 88,339.48 |

| | Page Subtotals | 24,542.38 | 8,323.45 |
|---|---|---|---|

Ver: 22.02f

**FORM 2**

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 14-45427 -TAB | | | Trustee Name: | Phillip D. Levey | |
| Case Name: | AEC ELECTRIC CORP., | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******5133  Checking | |
| Taxpayer ID No: | *******5897 | | | | | |
| For Period Ending: | 10/12/20 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 161 North Clark Street | 2017. | | | | |
| | | Suite 4200 | | | | | |
| | | Chicago, IL  60601 | | | | | |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 140.94 | 88,198.54 |
| 01/25/18 | 15 | Wesco Distribution, Inc. | SETTLEMENT | 1241-000 | 8,000.00 | | 96,198.54 |
| | | Box 2458 | Settlement per Order dated 12-20-2017. | | | | |
| | | Pittsburgh, PA  15230 | | | | | |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 133.82 | 96,064.72 |
| 02/22/18 | 010014 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 38.87 | 96,025.85 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.00 | 95,896.85 |
| 03/18/18 | 3 | Northwestern University | SETTLEMENT OF ACCOUNT RECEIVABLE | 1121-000 | 108,000.00 | | 203,896.85 |
| | | Accounts Payable | Settlement installment per Order dated 10-4-17. | | | | |
| | | 2020 Ridge Avenue | | | | | |
| | | Evanston, IL 60208 | | | | | |
| 03/18/18 | 3 | Northwestern University | SETTLEMENT OF ACCOUNT RECEIVABLE | 1121-000 | 200,000.00 | | 403,896.85 |
| | | Accounts Payable | Settlement installment per Order dated 10-4-17. | | | | |
| | | 2020 Ridge Avenue | | | | | |
| | | Evanston, IL 60208 | | | | | |
| 03/23/18 | 16 | Springbrook Animal Care Center, LLC | SETTLEMENT OF ACCOUNT RECEIVABLE | 1121-000 | 55,000.00 | | 458,896.85 |
| | | | Settlement per Order dated 10-25-17. | | | | |
| 03/25/18 | 010015 | Saul Ewing Arnstein & Lehr, LLP | Compensation to Special Counsel | 3210-000 | | 2,666.67 | 456,230.18 |
| | | f/k/a Arnstein Lehr, LLP | Special Counsel Fees pursuant to Order dated | | | | |
| | | 161 North Clark Street | December 20, 2017. | | | | |
| | | Suite 4200 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| 03/29/18 | 010016 | Carlson Dash, LLC | Trustee's Special Counsel Fees | | | 71,329.73 | 384,900.45 |
| | | 216 South Jefferson Street | Payment of Trustee's Special Counsel fees per Orders | | | | |
| | | Chicago, IL  60606 | dated May 3, 2016, and February 28, 2018 re Second | | | | |

Page Subtotals       371,000.00       74,439.03

Ver: 22.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 14-45427 -TAB | Trustee Name: | Phillip D. Levey |
| Case Name: | AEC ELECTRIC CORP., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5133  Checking |
| Taxpayer ID No: | *******5897 | | |
| For Period Ending: | 10/12/20 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Application for Compensation and Expenses. | | | | |
| | | | Fees          70,299.00 | 3210-000 | | | |
| | | | Expenses        1,030.73 | 3220-000 | | | |
| 03/29/18 | 010017 | Community Bank of Oak Park RiverForest | Receivables Distribution | 4210-000 | | 95,000.00 | 289,900.45 |
| | | 1001 Lake Street | Payment of secured claim per Order dated February | | | | |
| | | Oak Park, IL | 28, 2018. | | | | |
| 03/29/18 | 010018 | Carlson Dash, LLC | Trustee's Special Counsel Fees | | | 123,521.78 | 166,378.67 |
| | | 216 South Jefferson Street | Payment of Trustee's Special Counel's Third Interim | | | | |
| | | Chicago, IL  60606 | Application for Compensation per Order dated | | | | |
| | | | February 28, 2018. | | | | |
| | | | Fees          121,201.00 | 3210-000 | | | |
| | | | Expenses        2,320.78 | 3220-000 | | | |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 339.59 | 166,039.08 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 321.27 | 165,717.81 |
| 05/08/18 | 3 | Power Construction Company, LLC | ACCOUNTS RECEIVABLE | 1121-000 | 48,113.00 | | 213,830.81 |
| | | 8750 W. Bryn Mawr, Ste. 500 | | | | | |
| | | Chicago, IL | | | | | |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 301.76 | 213,529.05 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 307.22 | 213,221.83 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 317.03 | 212,904.80 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 316.53 | 212,588.27 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 305.91 | 212,282.36 |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 315.57 | 211,966.79 |
| 12/12/18 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 211,966.79 | 0.00 |

Page Subtotals          48,113.00          433,013.45

Ver: 22.02f

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| Case No: | 14-45427  -TAB | Trustee Name: | Phillip D. Levey |
| Case Name: | AEC ELECTRIC CORP., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5133  Checking |
| Taxpayer ID No: | *******5897 | | |
| For Period Ending: | 10/12/20 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | COLUMN TOTALS | | | 637,007.92 | 637,007.92 | 0.00 |
| | | Less:  Bank Transfers/CD's | | | 0.00 | 211,966.79 | |
| | | Subtotal | | | 637,007.92 | 425,041.13 | |
| | | Less:  Payments to Debtors | | | | 0.00 | |
| | | Net | | | 637,007.92 | 425,041.13 | |

Page Subtotals                    0.00                    0.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

Ver: 22.02f

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

Exhibit 9

| | |
|---|---|
| Case No: | 14-45427 -TAB |
| Case Name: | AEC ELECTRIC CORP., |
| | |
| Taxpayer ID No: | *******5897 |
| For Period Ending: | 10/12/20 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0061  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 211,966.79 | | 211,966.79 |
| 02/27/19 | 17 | Paramount EO Inc. | SETTLEMENT INSTALLMENT | 1241-000 | 10,000.00 | | 221,966.79 |
| | | | Settlement installment per Order dated 1-9-19. | | | | |
| 03/31/19 | 17 | Paramount EO Inc. | SETTLEMENT INSTALLMENT | 1241-000 | 15,000.00 | | 236,966.79 |
| | | | Settlement installment per Order dated 1-9-19. | | | | |
| 04/06/19 | 002001 | Inernational Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 90.91 | 236,875.88 |
| | | 701 Poydras Street | BOND #016073584 | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA  70139 | Premium 2/1/19 - 2/1/20 | | | | |
| 06/04/19 | 17 | Paramount EO, Inc. | SETTLEMENT INSTALLMENT | 1241-000 | 25,000.00 | | 261,875.88 |
| | | | Settlement installment per Order dated 1-9-19. | | | | |
| 07/22/19 | 002002 | Saul Ewing Arnstein & Lehr, LLP | Trustee's Special Counsel Fees & Ex | | | 16,674.07 | 245,201.81 |
| | | 161 North Clark Street | Trustee's special counsel fees and expenses per Order | | | | |
| | | Chicago, IL | dated July 16, 2019. | | | | |
| | | | Fees            16,666.67 | 3210-000 | | | |
| | | | Expenses            7.40 | 3220-000 | | | |
| 08/07/19 | 002003 | CARLSON DASH, LLC | Special Counsel Fees | | | 62,174.93 | 183,026.88 |
| | | 216 S. Jefferson Street, Suite 504 | Payment re Trustee's Special Counsel's Fourth and | | | | |
| | | Chicago, Illinois 60661 | Final Application for Payment of Compensation and | | | | |
| | | | Reimbursement of Expenses pursuant to Order dated | | | | |
| | | | August 6, 2019. | | | | |
| | | | Fees            61,923.00 | 3210-000 | | | |
| | | | Expenses          251.93 | 3220-000 | | | |
| 05/22/20 | 002004 | Phillip D. Levey | TRUSTEE FEE | 2100-000 | | 29,259.46 | 153,767.42 |
| | | 2722 North Racine Avenue | | | | | |
| | | Chicago, IL  60614 | | | | | |
| 05/22/20 | 002005 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 525.32 | 153,242.10 |
| | | 2722 North Racine Avenue | | | | | |

| | | | Page Subtotals | 261,966.79 | 108,724.69 |
|---|---|---|---|---|---|

Ver: 22.02f

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    10

Exhibit 9

| | |
|---|---|
| Case No: | 14-45427  -TAB |
| Case Name: | AEC ELECTRIC CORP., |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0061  Checking Account |

Taxpayer ID No: *******5897
For Period Ending: 10/12/20

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60614 | | | | | |
| 05/22/20 | 002006 | Clerk, U.S. Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL | Deferred filing fee re 363(f) sale. | 2700-000 | | 176.00 | 153,066.10 |
| 05/22/20 | 002007 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Attorney for Trustee Fees (Trustee | 3110-000 | | 55,800.00 | 97,266.10 |
| 05/22/20 | 002008 | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perlmeter Drive, Suite 760<br>Schaumburg, Illinois  60173 | Accountant for Trustee Fees (Other | 3410-000 | | 4,888.50 | 92,377.60 |
| 05/22/20 | 002009 | National Electrical Benefit Fund<br>2400 Research Blvd<br>Rockville, MD 20850-3266 | Claim 000012A, Payment 100.00000% | 5400-000 | | 4,421.13 | 87,956.47 |
| 05/22/20 | 002010 | Illinois Dept of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th Floor<br>Chicago, IL  60603 | Claim 000018-A, Payment 100.00000% | 5800-000 | | 1,315.21 | 86,641.26 |
| 05/22/20 | 002011 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL  62794-9035 | Claim 000019, Payment 100.00000% | 5800-000 | | 222.39 | 86,418.87 |
| 05/22/20 | 002012 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia PA, 19101 | Claim 000020, Payment 100.00000% | 5800-000 | | 63.86 | 86,355.01 |
| 05/22/20 | 002013 | Penske Truck Leasing Co., L.P.<br>PO Box 563<br>Reading, PA 19603-0563 | Claim 000001, Payment 22.16982%<br>(1-1) Account Number (last 4<br>digits):5226 | 7100-000 | | 839.52 | 85,515.49 |
| 05/22/20 | 002014 | Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Claim 000002, Payment 22.17003% | 7100-000 | | 752.34 | 84,763.15 |

Page Subtotals                0.00                68,478.95

Ver: 22.02f

**UST Form 101-7-TDR (5/1/2011)** *(Page: 30)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 11

Exhibit 9

| Case No: | 14-45427 -TAB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | AEC ELECTRIC CORP., | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0061  Checking Account |
| Taxpayer ID No: | *******5897 | | |
| For Period Ending: | 10/12/20 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/20 | 002015 | GreatAmerica Financial Services Corp. ATTN: Peggy Upton, Litigation Specialist P.O. Box 609 Cedar Rapids, IA 52406 | Claim 000003, Payment 22.16992% | 7100-000 | | 3,274.30 | 81,488.85 |
| 05/22/20 | 002016 | SimplexGrinnell 50 Technology Drive Westminster, MA 01441 | Claim 000004, Payment 22.16995% | 7100-000 | | 3,004.45 | 78,484.40 |
| 05/22/20 | 002017 | Metropolitan Industries, Inc. 37 Forestwood Drive Romeoville, IL 60446 | Claim 000005, Payment 22.16993% | 7100-000 | | 9,606.01 | 68,878.39 |
| 05/22/20 | 002018 | C.W. Olson & Company Stein Ray LLP (Attn: Andrew Donivan) 222 West Adams Street, Suite 1800 Chicago, IL 60606 | Claim 000006, Payment 22.16994% (6-1) Wage & Welfare Bond Agreements (6-1) Modified on 7/09/15 to correct creditors address(DR)(6-2) Account Number (last 4 digits):0102 | 7100-000 | | 28,039.17 | 40,839.22 |
| 05/22/20 | 002019 | Dell Financial Services, LLC Resurgent Capital Services PO Box 10390 Greenville, SC 29603-0390 | Claim 000008, Payment 22.17002% | 7100-000 | | 803.16 | 40,036.06 |
| 05/22/20 | 002020 | Paychex Inc Attn Bankruptcy Dept 225 Kenneth Drive Ste 100 Rochester, NY 14623 | Claim 000009, Payment 22.16993% | 7100-000 | | 4,779.13 | 35,256.93 |
| 05/22/20 | 002021 | CRP Holdings C, L.P. Collette A. Brown Neal, Gerber & Eisenberg, LLP Two N. LaSalle St., Suite 1700 Chicago, IL 60602 | Claim 000010, Payment 22.16992% (10-1) Account Number (last 4 digits):6014 | 7100-000 | | 4,878.00 | 30,378.93 |
| 05/22/20 | 002022 | Paul Horak | Claim 000011, Payment 22.17000% | 7100-000 | | 975.48 | 29,403.45 |

| | | | Page Subtotals | | 0.00 | 55,359.70 | |

Ver: 22.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 31)*

**FORM 2**

Page:   12

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-45427  -TAB | |
| Case Name: | AEC ELECTRIC CORP., | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0061  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******5897 |
| For Period Ending: | 10/12/20 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/20 | 002023 | 9519 271st Ave Trevor, WI National Electrical Benefit Fund 2400 Research Blvd Rockville, MD 20850-3266 | Claim 000012B, Payment 22.16992% | 7100-000 | | 212.43 | 29,191.02 |
| 05/22/20 | 002024 | Northwestern University As Assignee of Gus Berthold Electric Co. Attention: John W. Calkins 633 Clark Street Evanston, IL 60208 | Claim 000013, Payment 22.16994% | 7100-000 | | 29,191.02 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 261,966.79 | 261,966.79 | 0.00 |
| Less:  Bank Transfers/CD's | 211,966.79 | 0.00 | |
| Subtotal | 50,000.00 | 261,966.79 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 50,000.00 | 261,966.79 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - *******5133 | 637,007.92 | 425,041.13 | 0.00 |
| Checking Account - *******0061 | 50,000.00 | 261,966.79 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| | 687,007.92 | 687,007.92 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 29,403.45 |

Ver: 22.02f